IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AK-CHIN<br>INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. No. 06-cv-00932-ECH<br>Judge Emily C. Hewitt<br>**Electronically filed February 21, 2007** |

# NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Laura M.L. Maroldy as counsel of record for Defendant in this case. Additionally, please enter the appearance of Martin J. LaLonde and Anthony P. Hoang as additional counsel for Defendant.

Service of all papers on Ms. Maroldy and Messrs. LaLonde and Hoang by regular United States mail should be made to the following mailing address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Additionally, all hand or overnight-mail deliveries to Ms. Maroldy and Messrs. LaLonde and Hoang should be made to the following street address:

United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3534
Washington, D.C. 20004

Respectfully submitted this 21st day of February, 2007,

MATTHEW McKEOWN
Acting Assistant Attorney General

*s/ Laura M.L. Maroldy*
LAURA M.L. MAROLDY
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 514-4565
Fax: (202) 353-2021

Attorney of Record for Defendant

OF COUNSEL:

MARTIN J. LALONDE
ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247 (Mr. LaLonde)
Tel: (202) 305-0241 (Mr. Hoang)
Fax: (202) 353-2021

ELISABETH BRANDON
United States Department of the Interior
Office of the Solicitor
Washington, D.C. 20240

TERESA E. DAWSON
United States Department of the Treasury
Financial Management Service
Office of the Chief Counsel
Washington, D.C. 20227