IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AK-CHIN INDIAN COMMUNITY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. No. 06-cv-00932-ECH |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | **Electronically filed February 21, 2007** |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on the Defendant's motion for extension of time within which to answer or otherwise respond to the complaint. Upon consideration of the Defendant's motion and for good cause shown, it is hereby ordered that:

1. The Defendant's motion should be and hereby is GRANTED;

2. Defendant shall file its Answer or otherwise respond to the Complaint on or before March 27, 2007.

SO ORDERED.

Date: ______________________

______________________________
HON. EMILY C. HEWITT
Judge, United States Court of Federal Claims