# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: May 22, 2007)

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Preliminary Status Report, filed on May 15, 2007. Pursuant to Rule 16(b) of the Rules of the United States Court of Federal Claims, the court will hold a telephonic preliminary scheduling conference on Wednesday, May 30, 2007, at 2:00 p.m. EDT. The court's contract operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge