IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE AK-CHIN INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-932L<br>Judge Emily C. Hewitt |

**NOTICE OF APPEARANCE**

To the Clerk of the Court:

Please enter the appearance of G. William Austin as of counsel for Plaintiff, the Ak-Chin Indian Community, in the above styled case. If necessary, service of all papers by U.S. Mail or hand service should be addressed to:

G. William Austin, Esq.
Kilpatrick Stockton LLP
607 14th Street, N.W.
Suite 900
Washington, D.C. 20005

Respectfully submitted this 30th day of May, 2007.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
Kilpatrick Stockton LLP
607 14th Street, N.W.
Suite 900
Washington, D.C. 20005
Phone: (202) 508-5800

*Attorneys for Plaintiff*

OF COUNSEL:

G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
Kilpatrick Stockton LLP
607 14th Street, N.W.
Suite 900
Washington, D.C. 20005
Phone: (202) 508-5800

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE AK-CHIN INDIAN COMMUNITY, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-932L |
| v. | ) | Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was electronically served to the attorneys of record for each party via the Court's Electronic Case Filing system.

This 30th day of May, 2007.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
Kilpatrick Stockton LLP
607 14th Street, N.W.
Suite 900
Washington, D.C. 20005
Phone: (202) 508-5800

*Attorneys for Plaintiff*

OF COUNSEL:

G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
Kilpatrick Stockton LLP
607 14th Street, N.W.
Suite 900
Washington, D.C. 20005
Phone: (202) 508-5800