# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: May 30, 2007)

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Preliminary Status Report (JPSR), filed on May 15, 2007. The court held a preliminary scheduling conference on May 30, 2007. Further to the JPSR and scheduling conference, the court orders the following:

1. With regard to the proposed confidentiality order:

   a. On or before Friday, June 1, 2007, defendant shall submit to plaintiff a draft of a proposed confidentiality stipulation and proposed order.

   b. On or before Friday, June 15, 2007, plaintiff shall respond to defendant's proposed confidentiality stipulation and proposed order.

   c. On or before Thursday, June 28, 2007, the parties shall agree to the terms of the confidentiality stipulation and file it with the court or, if the parties have not reached agreement, they shall contact the court to arrange for further proceedings regarding the proposed confidentiality order.

2. With regard to jurisdiction under 28 U.S.C. § 1500:

a. Defendant shall submit to plaintiff, on or before Friday, June 8, 2007, written requests for discovery of information relevant to the factual dispute concerning the impact of 28 U.S.C. § 1500 on plaintiff's case.

b. Plaintiff shall submit to defendant, on or before Monday, July 9, 2007, its responses to defendant's written requests.

c. On or before Monday, July 30, 2007, defendant shall file its dispositive motion concerning 28 U.S.C. § 1500.

d. On or before Monday, August 20, 2007, plaintiff shall file its response to defendant's motion and any cross-motion.

e. On or before Tuesday, September 4, 2007, defendant shall file its reply to plaintiff's response and response to plaintiff's motion.

f. On or before Monday, September 17, 2007, plaintiff shall file its reply to defendant's response.

g. At or near completion of the foregoing briefing, the court will schedule oral argument.

3. Fact discovery shall commence immediately following the exchange by the parties of initial disclosures under Rule 26 of the Rules of the United States Court of Federal Claims (RCFC) on or before Monday, June 4, 2007. Quantities of discovery requests are expected to be limited in accordance with the RCFC until after the court issues its opinion on defendant's motion regarding 28 U.S.C. § 1500.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge