IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE AK-CHIN INDIAN COMMUNITY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-932L (ECH) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO RCFC 26(a) was served June 4, 2007, by regular first-class United States mail, postage pre-paid, and by electronic mail or telefax, on the following counsel:

Keith Harper, Esquire
KILPATRICK STOCKTON, LLP.
607 14th Street, N.W.
Suite 900
Washington, D.C. 20005
(202) 508-5800

Attorneys for Plaintiff.

*/s/ Laura Maroldy*
LAURA MAROLDY