# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: June 28, 2007)

AK-CHIN INDIAN COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court held a status conference with the parties on June 28, 2007, to discuss the parties' progress on the proposed confidentiality order. On or before Friday, July 13, 2007, the parties shall submit to the court the then current draft of their proposed confidentiality order. The draft of the proposed confidentiality order shall indicate the parties' points of disagreement, each parties' proposed language, and brief explanations in support of the proposed language. The court will hold a telephonic status conference on Wednesday, July 18, 2007, at 2:00 p.m. EDT. A Sprint operator will initiate the call.

In response to an inquiry by the court regarding the parties' progress regarding paragraph 2a and 2b in the Order of May 30, 2007, plaintiff indicated that defendant's discovery requests are burdensome and that there may be an issue regarding privileged documents. The court urged plaintiff to raise privilege objections as soon as reasonably practicable in order to avoid delay.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge