# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: June 29, 2007)

AK-CHIN INDIAN COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

This order AMENDS the court's Order of June 28, 2007. The court will hold a telephonic status conference on Wednesday, July 18, 2007, at 11:00 a.m. EDT. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge