IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE AK-CHIN INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-932L<br>Judge Emily C. Hewitt |

**PROPOSED PROTECTIVE ORDER SUBMITTED BY THE PARTIES PER THIS COURT'S JUNE 28 SCHEDULING ORDER**

This Court's June 28 scheduling order directed counsel for the parties to submit the current draft of their proposed confidentiality order to the Court as of July 13, 2007. Counsel were further ordered to identify the parties' then remaining areas of disagreement and, with respect to any such issues, to submit each side's proposed language and a brief explanation of the support for their respective positions.

The current draft of the protective order negotiated by counsel for the parties is attached hereto as Exhibit "A." In submitting this draft for the Court's review, counsel for Plaintiff is authorized to represent that the parties have reached agreement with respect to ***all*** provisions of the confidentiality order they propose to be entered in this case ***except*** as follows:

(1) Paragraph 6 – which sets forth procedures to be followed in the event of the parties' dispute concerning a particular "Confidentiality" designation.

The proposed wording of paragraph 6 submitted by each side is set forth in the attached Exhibit "A" (at pages 4-5) under the bracketed, bold-face headings "Plaintiff's Proposed Language" and "Defendant's Proposed Language."

(2) Paragraph 8 – which reflects Defendant's proposal for the protective order to require that Produced Material designated as "Confidential" be returned to Defendant or destroyed upon the termination of this litigation.

Plaintiff opposes the inclusion of any such requirement in the parties' confidentiality order.

The proposed wording of paragraph 8 submitted by Defendant is set forth in the attached Exhibit "A" (at page 6) under the bracketed, bold-face heading "Defendant's Proposed Language."

As additionally directed by the June 28 scheduling order, counsel for the parties also will be filing separate comments in support of their respective positions with respect to the remaining areas of disagreement identified above.

This 13th day of July, 2007.

Respectfully submitted,

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
Kilpatrick Stockton LLP
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 505-5858

*Attorneys for Plaintiff*
Ak-Chin Indian Community

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE AK-CHIN INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06-932L<br>Judge Emily C. Hewitt |

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing Proposed Protective Order Submitted by the Parties Per This Court's June 28 Scheduling Order was served by delivering a copy thereof addressed to:

Laura M.L. Maroldy, Esq.
Trial Attorney
United States Department of Justice
Environmental and Natural Resources Division
P.O. Box 663
Washington, D.C., 20044-0633

by United States Mail, with sufficient postage paid.

This the 13th day of July, 2007.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
Kilpatrick Stockton LLP
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 505-5858
*Attorneys for Plaintiff*
Ak-Chin Indian Community