IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AK-CHIN<br>INDIAN COMMUNITY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-0932L-ECH |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | **Electronically filed on July 25, 2007** |
| Defendant. | ) | |

**CONSENT MOTION BY DEFENDANT FOR ENLARGEMENT OF TIMEWITHIN WHICH TO FILE DEFENDANT'S MOTION TO DISMISS PURSUANT TO 28 U.S.C. § 1500**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims (RCFC), Defendant, the United States of America, respectfully moves this Court for a seven-day enlargement of time, to and including August 6, 2007, within which to file its motion to dismiss pursuant to 28 U.S.C. § 1500. This motion is Defendant's first such motion. The grounds for this motion are as follows:

1. Pursuant to this Court's May 30, 2007, Order, the United States is to file its motion to dismiss by July 30, 2007.

2. In part because of responsibilities in other cases pending in this Court, Defendant anticipates needing additional time to prepare its motion and consult with agency counsel before filing its motion.

3. Defendant therefore requests a one-week extension, to and including Monday, August 6, 2007, of the time within which its motion is due.

7. Undersigned counsel for Defendant communicated with Plaintiff's counsel of

record, Keith Harper, Esquire, about this motion. Mr. Harper authorized undersigned counsel to state that Plaintiff consents to the requested extension.

8. Granting this motion will not prejudice any party, nor unduly delay the case.

WHEREFORE, Defendant respectfully requests that this unopposed motion for enlargement of time be granted.

Respectfully submitted this 25th day of July, 2007,

RONALD J. TENPAS
ACTING ASSISTANT ATTORNEY GENERAL

*s/Laura M.L. Maroldy*

Laura M.L. Maroldy
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 514-4565
Fax: (202) 353-2021

Attorneys for Defendant

OF COUNSEL

MARTIN J. LALONDE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0247
Fax: (202) 353-2021

ELISABETH BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

RACHEL E. HOWARD
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227