# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: July 31, 2007)

AK-CHIN INDIAN COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is defendant's Consent Motion by Defendant for Enlargement of Time Within Which to File Defendant's Motion to Dismiss Pursuant to 28 U.S.C. § 1500 (Motion). Based on the representations therein, the motion is GRANTED. Defendant shall file its motion to dismiss pursuant to 28 U.S.C. § 1500 on or before Monday, August 6, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge