# EXHIBIT

# 3

# Select A Case

| | | |
|---|---|---|
| 1:06-cv-02240-JR | PASSAMAQUODDY TRIBE OF MAINE v. KEMPTHORNE et al | filed 12/29/06 |
| 1:06-cv-02241-JR | SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY v. KEMPTHORNE et al | filed 12/29/06 |
| 1:06-cv-02242-JR | COEUR D' ALENE TRIBE v. KEMPTHORNE et al | filed 12/29/06 |
| 1:06-cv-02243-HHK | WEBB v. LAPPIN et al | filed 12/29/06 |
| 1:06-cv-02244-RJL | VERNER v. OFFICE OF PERSONNEL MANAGEMENT et al | filed 12/29/06 |
| 1:06-cv-02245-JR | AK-CHIN INDIAN COMMUNITY v. KEMPTHORNE et al | filed 12/29/06 |
| 1:06-cv-02246-CKK | GRIFFIN v. COASTAL INTERNATIONAL SECURITY INC. | filed 12/29/06 |
| 1:06-cv-02247-JR | SOKAOGON CHIPPEWA COMMUNITY v. KEMPTHORNE et al | filed 12/29/06 |
| 1:06-cv-02248-RWR | WATSON v. UNITED STATES DEPARTMENT OF JUSTICE | filed 12/29/06 |
| 1:06-cv-02249-JR | GILA RIVER INDIAN COMMUNITY v. KEMPTHORNE et al | filed 12/29/06 |
| 1:06-cv-02250-JR | NORTHERN CHEYENNE TRIBE OF INDIANS v. KEMPTHORNE et al | filed 12/29/06 |
| 1:06-cv-02251-RWR | MATERIA v. CHAO | filed 12/29/06 |

| | | | |
|---|---|---|---|
| 1:06-cv-02252-RJL | SWEENEY v. J.D. LONG MASONRY, INC. | filed 12/29/06 | |
| 1:06-cv-02253-RCL | PALIOTTO v. JOHNNY ROCKETS GROUP, INC. | filed 12/29/06 | |
| 1:06-cv-02254-JR | HAUDENOSAUNEE et al v. KEMPTHORNE et al | filed 12/29/06 | |
| 1:06-cv-02255-RMC | COLEMAN v. LAPPIN et al | filed 12/29/06 | |
| 1:06-cv-02256-RJL | WILLS v. SMITH | filed 12/29/06 | |
| 1:06-cv-02257-CKK | HARRIS v. GOINS | filed 12/29/06 | |
| 1:06-cv-02258-RMU | HARLEY v. U.S. PAROLE COMMISSION | filed 12/29/06 | |
| 1:06-cv-02259-UNA | STAMPS v. SECRETARY OF TREASURY | filed 12/29/06 | closed 12/29/06 |
| 1:06-cv-02260-RWR | BEYNUM v. CLAY et al | filed 12/29/06 | |
| 1:06-cv-02261-RWR | RUFFIN v. DEPARTMENT OF YOUTH REHABILITATION SERVICES et al | filed 12/29/06 | closed 04/13/07 |
| 1:06-cv-02262-RJL | WILSON-GREENE v. DEPARTMENT OF YOUTH REHABILITATION SERVICES et al | filed 12/29/06 | |
| 1:06-cv-02263-RWR | CRUZ-PACKER v. DEPARTMENT OF YOUTH REHABILITATION SERVICES et al | filed 12/29/06 | |
| 1:06-cv-02264-GK | DAVIS v. DEPARTMENT OF YOUTH REHABILITATION SERVICES et al | filed 12/29/06 | closed 03/22/07 |

| | | |
|---|---|---|
| 1:06-cv-02265-RMU | CARVAJAL v. DRUG ENFORCEMENT AGENCY et al | filed 12/29/06 |
| 1:06-cv-02266-HHK | WILLIAMS FUND PRIVATE EQUITY GROUP, INC. v. ENGEL | filed 12/29/06 |
| 1:06-cv-02267-RMU | ROY et al v. GOVERNMENT OF THE DISTRICT OF COLUMBIA | filed 12/29/06 |
| 1:06-cv-02268-JDB | BEAIRD et al v. GONZALES et al | filed 12/29/06 |
| 1:06-cv-02269-ESH | FALCK et al v. INTERNAL REVENUE SERVICE et al | filed 12/29/06 |
| 1:06-mc-00566-CKK | HUSSEIN | filed 12/29/06 |
| 1:07-mc-00010-GK | MUHAMMAD v. CIA AGENT et al. | filed 12/29/06 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/11/2007 18:58:21 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/29/2006 Filed To: 12/29/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |