# EXHIBIT

# 4

## Applegate, Alexis

**From:** Applegate, Alexis
**Sent:** Friday, December 29, 2006 2:24 PM
**To:** Stephens, Dayna
**Subject:** RE: Need Rush Checks

Dayna,

REDACTED

Thanks for all of your help this morning and have a Happy New Year!

Alexis

---

**From:** Stephens, Dayna
**Sent:** Friday, December 29, 2006 10:09 AM
**To:** Harper, Keith; Applegate, Alexis; Roy, Sandy
**Cc:** Bazen, Sarah; Deringer, Linda; Roberson, Darlene
**Subject:** RE: Need Rush Checks

These are printed now.. please let me know if you have received them

---

**From:** Harper, Keith
**Sent:** Friday, December 29, 2006 8:59 AM
**To:** Applegate, Alexis; Roy, Sandy
**Cc:** Bazen, Sarah; Deringer, Linda; Stephens, Dayna; Roberson, Darlene
**Subject:** RE: Need Rush Checks

Alexis,

REDACTED in all the CFC Complaints.

So we will have to run those copies again while you file the DDC.

---

**From:** Applegate, Alexis
**Sent:** Friday, December 29, 2006 8:07 AM
**To:** Roy, Sandy
**Cc:** Harper, Keith; Bazen, Sarah; Deringer, Linda; Stephens, Dayna; Roberson, Darlene
**Subject:** Need Rush Checks

Sandy,

REDACTED