# EXHIBIT

# 6

**Munson, Catherine**

**From:** Guilder, Justin
**Sent:** Friday, December 29, 2006 11:41 AM
**To:** Edward Roybal
**Subject:**

Can you give me

**REDACTED**

KILPATRICK STOCKTON LLP
Attorneys at Law

Justin Guilder
Kilpatrick Stockton LLP
Suite 900
607 14th Street, NW
Washington, DC 20005-2018
t 202 639 4707
f 202 585 0014

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 202 508 5800, and destroy the original transmission and its attachments without reading or saving in any manner.

***DISCLAIMER*** Treasury Department Circular 230 Disclosure: To ensure compliance with requirements imposed by the Treasury Department, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein...