# EXHIBIT

# 7

PETTY CASH
CASH SLIP - CLIENT/FIRM EXPENSE

Date 12/29/06

Received from:
KILPATRICK STOCKTON LLP $ 16.00

Sixteen Dollars

Charge to:
☐ FIRM (Description of expenditure must be shown)
☒ CLIENT

Client 57870 Number

Matter 338789 Number

DESCRIPTION: taxis to/from courthouse

SIGNED Alexis Applegate

(FORM TO BE FULLY COMPLETED AND SUPPORTING VOUCHER, IF ANY, SHOULD BE ATTACHED.)

## TAXI CAB RECEIPT

DATE: 12-29-06 a.m.

CAB FARE FROM: 607 14th St

TO: 333 Constitution Ave

NO. OF PASSENGERS: 1 TOTAL FARE: $ 8.00

CAB CO. & NO.: 966 DRIVER: [signature]

## TAXICAB RECEIPT

Time: 12/29/06

Date: pm

Origin of trip: 333 Constitution

Destination: 607 14th St

Fare: 8.00 Sign: