# EXHIBIT

# 8

**PETTY CASH**
**CASH SLIP - CLIENT/FIRM EXPENSE**

Date 12/29/06

Received from:
KILPATRICK STOCKTON LLP

$ 16.00

Sixteen Dollars

**Charge to:**

☐ FIRM (Description of expenditure must be shown)

☒ CLIENT

Client: Number 57847

Matter: Number 338587

DESCRIPTION: taxis to/from courthouse

SIGNED: Clifton Applegate

(FORM TO BE FULLY COMPLETED AND SUPPORTING VOUCHER, IF ANY, SHOULD BE ATTACHED.)

BARBADOS

## Taxi- Receipt

Driver# ____ Cab# ____

To: 607 14th Street

From: 333 Constitution

Date: 12/29/06 Amount:$ 8.00

Signature: ____

visit www.visitbarbados.org/taxibdos to win a trip to Barbados



## TAXI CAB RECEIPT

DATE: 12/29/06 TIME: 2nd trip

TRIP ORIGIN: 607 14th St.

DESTINATION: 333 Constitution

FARE: $ 8.00 SIGNATURE: ____

AKCHIN00032