# EXHIBIT

# 10

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ak-Chin Indian Community

vs.

Dirk Kempthorne, Secretary of the Interior, et al.

No. 1:06CV02245 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Complaint; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order and Notice of Designation of Related Civil Cases Pending in this or any other United States Court in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:14 pm on December 29, 2006, I served Dirk Kempthorne, Secretary of the Interior at 1849 C Street, NW, Washington, DC 20240 by serving Timothy Murphy, Assistant Solicitor, authorized to accept. Described herein:

| | |
|---|---|
| SEX- | MALE |
| AGE- | 45 |
| HEIGHT- | 5'10" |
| HAIR- | BROWN |
| WEIGHT- | 170 |
| RACE- | WHITE |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE ~~FEES is true~~ and correct.

Executed on 1-2-07
Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181787

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ak-Chin Indian Community

vs.

Dirk Kempthorne, Secretary of the Interior, et al.

No. 1:06CV02245 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons; Complaint; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order and Notice of Designation of Related Civil Cases Pending in this or any other United States Court in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 3:14 pm on December 29, 2006, I served Ross O. Swimmer, Special Trustee at Office of Special Trustee for American Indians, Department of Interior, 1849 C Street, NW, Washington, DC 20240 by serving Timothy Murphy, Assistant Solicitor, authorized to accept. Described herein:

SEX- MALE
AGE- 45
HEIGHT- 5'10"
HAIR- BROWN
WEIGHT- 170
RACE- WHITE

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 1-2-07
Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 181788