# EXHIBIT

# 11

STAYED, TYPE-E

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:06-cv-02245-JR

AK-CHIN INDIAN COMMUNITY v. KEMPTHORNE et al
Assigned to: Judge James Robertson
Case: 1:04-cv-00283-JR
Cause: 28:1330 Breach of Contract

Date Filed: 12/29/2006
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**AK-CHIN INDIAN COMMUNITY** represented by

**Keith M. Harper**
KILPATRICK STOCKTON, LLP
607 14th Street, NW
Suite 900
Washington, DC 20005
(202) 508-5844
Fax: (202) 585-0919
Email: kharper@kilpatrickstockton.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward R. Roybal, II**
STRICKLAND AND STRICKLAND, P.C.
6124 E. Brown Road
Suite 101
Mesa, AZ 85205
(480) 854-8474
Fax: (480) 854-8687
Email: eroybal@stricklandlaw.net
*ATTORNEY TO BE NOTICED*

**George William Austin, III**
KILPATRICK STOCKTON, LLP
607 14th Street, NW
Suite 900
Washington, DC 20005
(202) 508-5858
Fax: 202-508-5858
Email: baustin@kilpatrickstockton.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **DIRK KEMPTHORNE**<br>*Secretary of the Interior* | represented by | **Martin J. Lalonde**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Natural Resources Section<br>P.O. Box 663<br>Washington, DC 20044<br>(202) 305-0247<br>Fax: 202-305-8271<br>Email: martin.lalonde@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anthony P. Hoang**<br>United States Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 663<br>Washington, DC 20044-0663<br>(202) 305-0241<br>Fax: (202) 353-2021<br>Email: anthony.hoang@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Laura M.L. Maroldy**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>Environment and Natural Resources Division<br>Natural Resources Section<br>P.O. Box 663<br>Washington, DC 20044-0663<br>(202) 305-0241<br>Fax: (202) 353-2120<br>Email: laura.maroldy@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **ROSS O. SWIMMER**<br>*Special Trustee* | represented by | **Martin J. Lalonde**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anthony P. Hoang**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Laura M.L. Maroldy**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **HENRY M. PAULSON**<br>*Secretary of the Treasury* | represented by | **Martin J. Lalonde**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anthony P. Hoang**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Laura M.L. Maroldy**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2006 | 1 | COMPLAINT against DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON ( Filing fee $ 350 receipt number 4616001258.) filed by AK-CHIN INDIAN COMMUNITY. (Attachments: # 1 Civil Cover Sheet)(lc, ) (Entered: 01/03/2007) |
| 12/29/2006 | 2 | NOTICE OF RELATED CASE by AK-CHIN INDIAN COMMUNITY. Case related to Case No. 04-0283. (lc, ) (Entered: 01/03/2007) |
| 12/29/2006 | | SUMMONS (5) Issued as to DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON, U.S. Attorney and U.S. Attorney General (lc, ) (Entered: 01/04/2007) |
| 02/22/2007 | 3 | NOTICE of Appearance by Martin J. Lalonde on behalf of DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON (Lalonde, Martin) (Entered: 02/22/2007) |
| 02/22/2007 | 4 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint , *or Otherwise Respond to Complaint, and Proposed Order* by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON. (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1 - Current Tribal Trust Accounting and Trust Mismanagement Cases)(Lalonde, Martin) (Entered: 02/22/2007) |
| 02/27/2007 | | MINUTE ORDER granting defendants' unopposed motion for extension of time 4 to March 13, 2007. Signed by Judge James Robertson on February 27, 2007. (MT) (Entered: 02/27/2007) |
| 03/13/2007 | 5 | ANSWER to Complaint by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON. Related document: 1 Complaint filed by AK-CHIN INDIAN COMMUNITY.(Maroldy, Laura) (Entered: 03/13/2007) |
| 04/23/2007 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Edward R. Roybal II, :Firm- Strickland and Strickland, P.C., :Address- 6124 E. Brown Road, Ste 101 Mesa, AZ 85205. Phone No. - (480) 854-8474. Fax |

| | | |
|---|---|---|
| | | No. - (480) 854-8687 by AK-CHIN INDIAN COMMUNITY (Attachments: # 1 Exhibit Exhibit 1 Declaration of Edward Roybal# 2 Text of Proposed Order)(Harper, Keith) (Entered: 04/23/2007) |
| 04/25/2007 | 7 | NOTICE of Appearance by George William Austin, III on behalf of AK-CHIN INDIAN COMMUNITY (Austin, George) (Entered: 04/25/2007) |
| 04/25/2007 | 8 | ORDER granting only upon condition plaintiff's motion for pro hac vice appearance of Edward R. Roybal II 6. Signed by Judge James Robertson on April 25, 2007. (MT) (Entered: 04/25/2007) |
| 04/25/2007 | 9 | Joint MOTION for Extension of Time to *File Local Civil Rule 16.3(d) Report* by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON (Attachments: # 1 Text of Proposed Order)(Lalonde, Martin) (Entered: 04/25/2007) |
| 05/02/2007 | 10 | MOTION for Extension of Time to *File Report Pursuant to Federal Rule 26(f) and Local Civil Rule 16.3 and to Serve Initial Disclosures and Proposed Order* by AK-CHIN INDIAN COMMUNITY (Attachments: # 1 Text of Proposed Order)(Harper, Keith) (Entered: 05/02/2007) |
| 05/03/2007 | 11 | ENTERED IN ERROR.....STATUS REPORT *PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL CIVIL RULE 16.3* by AK-CHIN INDIAN COMMUNITY, DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON. (Attachments: # 1 Text of Proposed Order Plaintiff's Proposed Order# 2 Text of Proposed Order Defendants' Proposed Order)(Harper, Keith) Modified on 5/4/2007 (lc, ). (Entered: 05/03/2007) |
| 05/04/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: re 11 Status Report, was entered in error at the request of counsel and will be refiled. (lc, ) (Entered: 05/04/2007) |
| 05/04/2007 | 12 | STATUS REPORT *PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL CIVIL RULE 16.3* by AK-CHIN INDIAN COMMUNITY, DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON. (Attachments: # 1 Text of Proposed Order # 2 Text of Proposed Order) (Harper, Keith) (Entered: 05/04/2007) |
| 05/17/2007 | | MINUTE ORDER granting nunc pro tunc plaintiff's motion for extension of time 10 to May 3, 2007. Signed by Judge James Robertson on May 17, 2007. (MT) (Entered: 05/17/2007) |
| 05/21/2007 | | NOTICE of Hearing: A Status Conference is scheduled in this case for 6/4/2007 at 11:00 A.M. in Courtroom 23, Annex Building, Fourth Floor before Judge James Robertson. (jwd) (Entered: 05/21/2007) |
| 05/22/2007 | | Set Deadlines/Hearings: Status Conference scheduled for 6/4/2007 is VACATED. Status Conference is now RESCHEDULED to 6/6/2007 at 2:00 P.M. in Courtroom 23, Annex Building, Fourth Floor before Judge James Robertson. (jwd) Modified on 5/22/2007 (jwd, ). (Entered: 05/22/2007) |
| 06/06/2007 | | Minute Entry. Proceedings held before Judge James Robertson : Status |

| | | |
|---|---|---|
| | | Conference held on 6/6/2007. (Court Reporter William McAllister.) (alr, ) (Entered: 06/08/2007) |
| 06/16/2007 | 13 | TRANSCRIPT of Status Conference held on 6/6/2007 before Judge James Robertson. Court Reporter: William D. McAllister. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m, Monday through Friday. Transcript filed with Case 06-2236. (lc, ) (Entered: 06/18/2007) |
| 06/18/2007 | 14 | RESPONSE to *DEFENDANTS' REQUEST TO DELAY THESE PROCEEDINGS TO FILE A MOTION TO REMAND* filed by AK-CHIN INDIAN COMMUNITY. (Harper, Keith) (Entered: 06/18/2007) |
| 06/18/2007 | 15 | MEMORANDUM re Status Conference by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON. (Martin, John) (Entered: 06/18/2007) |
| 07/02/2007 | 16 | ORDER STAYING CASE for 30 days from the date of this order; directing that the government has 30 days from the date of this order to file its anticipated remand motion in any or all of these cases; consolidating those cases, in which the government files such a motion,for limited purpose of the remand motion; staying the consolidated cases until the remand motion is decided; directing that, in any case in which the government does not file such a motion, the government will be deemed to have waived its remand argument. Signed by Judge James Robertson on 7/2/07. (jeb, ) (Entered: 07/02/2007) |
| 07/31/2007 | 17 | MOTION for Extension of Time to *File Motion For Remand and For Extension of Temporary Stay of Litigation* by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON (Attachments: # 1 Exhibit # 2 Text of Proposed Order)(Maroldy, Laura) (Entered: 07/31/2007) |
| 07/31/2007 | 18 | ORDER granting defendants' motions for enlargement of time within which to file remand motions; defendants to file remand motions in any or all of these cases by 8/10/07; extending the temporary stay of all proceedings until 8/10/07; directing that all other provisions of the Court's 7/2/07 Order shall remain in effect. (signed by Judge Richard W. Roberts for Judge James Robertson on 7/31/07.) (Entered: 07/31/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/06/2007 17:34:02 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-02245-JR |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |