# EXHIBIT

# 12

ECF

## US Court of Federal Claims
## United States Court of Federal Claims (COFC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-00932-ECH

AK-CHIN INDIAN COMMUNITY v. USA
Assigned to: Judge Emily C. Hewitt
Demand: $50,000,000
Cause: 28:1491 Tucker Act

Date Filed: 12/29/2006
Jury Demand: None
Nature of Suit: 504 Native American
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**THE AK-CHIN INDIAN COMMUNITY**

represented by **Keith M. Harper**
Kilpatrick Stockton, LLP
607 14th Street, N.W.
#900
Washington, DC 20005
(202) 508-5844
Fax: (202) 585-0007
Email: kharper@kilpatrickstockton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USA**

represented by **Laura M. L. Maroldy**
U.S. Department of Justice
601 D Street, N.W.
Washington, DC 20004
(202) 514-4565
Fax: (202) 305-0506
Email: laura.maroldy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2006 | 1 | COMPLAINT against USA (DOI) ( Filing fee $250, Receipt number 065946), filed by THE AK-CHIN INDIAN COMMUNITY.**Answer due by 2/27/2007.** (Attachments: # 1 Civil Cover Sheet)(mb2, ) (Entered: 01/03/2007) |
| 12/29/2006 | 2 | NOTICE of Assignment to Judge Emily C. Hewitt. (mb2, ) (Entered: 01/03/2007) |

| | | |
|---|---|---|
| 12/29/2006 | 3 | NOTICE of Designation of Electronic Case. (mb2, ) (Entered: 01/03/2007) |
| 02/21/2007 | 4 | NOTICE of Appearance by Laura M. L. Maroldy for USA. (Maroldy, Laura) (Entered: 02/21/2007) |
| 02/21/2007 | 5 | Unopposed MOTION for Extension of Time until 3/27/2007 to File Answer re 1 Complaint , *or to Otherwise Respond, and Proposed Order*, filed by USA.**Response due by 3/12/2007.** (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1 - Current Tribal Trust Accounting and Mismanagement Cases)(Maroldy, Laura) (Entered: 02/21/2007) |
| 02/22/2007 | | ORDER granting 5 Motion for Extension of Time to Answer, **Answer due by 3/27/2007.** Signed by the Clerk. (mb2, ) (Entered: 02/22/2007) |
| 03/27/2007 | 6 | ANSWER to 1 Complaint, filed by USA.**JPSR due by 5/21/2007.** (Maroldy, Laura) (Entered: 03/27/2007) |
| 05/15/2007 | 7 | JOINT PRELIMINARY STATUS REPORT. (Harper, Keith) (Entered: 05/15/2007) |
| 05/22/2007 | 8 | PRELIMINARY SCHEDULING CONFERENCE Order**Scheduling Conference set for 5/30/2007 02:00 PM in Chambers (Telephonic) before Judge Emily C. Hewitt.** Signed by Judge Emily C. Hewitt. (mem) (Entered: 05/22/2007) |
| 05/30/2007 | 9 | NOTICE of Appearance by Keith M. Harper for THE AK-CHIN INDIAN COMMUNITY *To Enter Appearance of G. William Austin As Of Counsel*. (Harper, Keith) (Entered: 05/30/2007) |
| 05/30/2007 | 10 | SCHEDULING ORDER:**Parties shall either file their proposed confidentiality stipulation or contact the court to arrange further proceedings by 6/28/2007. Defendant's Dispositive Motion due by 7/30/2007. Plaintiff's Response and Cross Motion due by 8/20/2007. Defendant's Reply and Response to Plaintiff's Cross Motion due by 9/4/2007. Plaintiff's Reply due by 9/17/2007.** Signed by Judge Emily C. Hewitt. (mem) (Entered: 05/30/2007) |
| 06/04/2007 | | Set/Reset Transcript Deadlines: Transcript due by 6/4/2007. (vp1, ) (Entered: 06/04/2007) |
| 06/04/2007 | 11 | CERTIFICATE OF SERVICE, filed by THE AK-CHIN INDIAN COMMUNITY *Rule 26(a)(1) Initial Disclosures* (Harper, Keith) (Entered: 06/04/2007) |
| 06/04/2007 | 12 | CERTIFICATE OF SERVICE, filed by USA *for RCFC 26(a) Initial Disclosures* (Maroldy, Laura) (Entered: 06/04/2007) |
| 06/04/2007 | 13 | TRANSCRIPT of Proceedings (pages 1-48) held on May 30, 2007 before Judge Emily C. Hewitt. (dw1) (Entered: 06/05/2007) |

| | | |
|---|---|---|
| 06/28/2007 | 14 | SCHEDULING ORDER: **Draft of Confidentiality Stipulation due by 7/13/2007. Status Conference set for 7/18/2007 02:00 PM in Chambers (Telephonic) before Judge Emily C. Hewitt.** Signed by Judge Emily C. Hewitt. (mem) (Entered: 06/28/2007) |
| 06/29/2007 | 15 | SCHEDULING ORDER: **Amended - Scheduling Conference set for 7/18/2007 11:00 AM in Chambers (Telephonic) before Judge Emily C. Hewitt.** Signed by Judge Emily C. Hewitt. (mem) (Entered: 06/29/2007) |
| 07/13/2007 | 16 | Joint MOTION for Protective Order *SUBMITTED BY THE PARTIES PER THIS COURT'S JUNE 28 SCHEDULING ORDER*, filed by THE AK-CHIN INDIAN COMMUNITY, USA.**Response due by 7/30/2007.** (Attachments: # 1 Exhibit)(Harper, Keith) (Entered: 07/13/2007) |
| 07/13/2007 | 17 | PROPOSED ADDITIONAL FACTS re: 16 Motion for Protective Order,, filed by THE AK-CHIN INDIAN COMMUNITY. (Attachments: # 1 Exhibit)(Harper, Keith) (Entered: 07/13/2007) |
| 07/13/2007 | 18 | MEMORANDUM re: 16 Motion for Protective Order,, filed by USA. (Maroldy, Laura) (Entered: 07/13/2007) |
| 07/19/2007 | 19 | ORDER granting 16 Motion for Protective Order Signed by Judge Emily C. Hewitt. (mem) (Entered: 07/19/2007) |
| 07/23/2007 | 20 | TRANSCRIPT of Proceedings (pages 1-36) held on July 18, 2007 before Judge Emily C. Hewitt. (dw1) (Entered: 07/24/2007) |
| 07/25/2007 | 21 | Consent MOTION for Extension of Time until August 6, 2007 to filing Defendant's motion to dismiss pursuant to 28 U.S.C. section 1500, filed by USA.**Response due by 8/13/2007.**(Maroldy, Laura) (Entered: 07/25/2007) |
| 07/31/2007 | 22 | ORDER granting 21 Motion for Extension of Time**Motion(s) due by 8/6/2007.** Signed by Judge Emily C. Hewitt. (nag) (Entered: 07/31/2007) |

| | | | |
|---|---|---|---|
| **PACER Service Center** | | | |
| **Transaction Receipt** | | | |
| 08/06/2007 17:47:48 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-00932-ECH |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |