# EXHIBIT

# 13

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
DEC 29 2006
U.S. COURT OF FEDERAL CLAIMS

THE AK-CHIN INDIAN COMMUNITY,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*

No. 06-932 L

**COMPLAINT FOR DAMAGES FOR BREACH OF TRUST OBLIGATIONS**

I. GENERAL NATURE OF THE ACTION

1. This action is an action for money damages against the United States, brought to redress gross breaches of trust by the United States, acting by and through Dirk Kempthorne, Secretary of the Interior ("Kempthorne"), Ross Swimmer, Special Trustee for American Indians ("Swimmer"), and Henry M. Paulson, Secretary of the Treasury ("Paulson"), and their predecessors in office and subordinates, as trustees and trustee-delegates of land, mineral resources, and other assets held by them for the benefit of the Ak-Chin Indian Community. As set forth more fully below, this case arises out of Defendant's continuing material breaches of statutory, regulatory, and fiduciary duties owed to the Ak-Chin Indian Community and the Ak-Chin Indian Community seeks damages for Defendant's mismanagement of the Ak-Chin Indian Community's trust property.

II. THE PARTIES

2. Plaintiff Ak-Chin Indian Community is a federally recognized Indian tribe with approximately 700 members, located south of Phoenix, Arizona. It is the beneficiary of real property held by the United States as trustee.