IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE AK-CHIN INDIAN COMMUNITY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-09321 (ECH) |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | **Electronically filed on August 16, 2007** |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO 28 U.S.C. § 1500**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff, the Ak-Chin Indian Community ("Ak-Chin"), respectfully moves this Court for an eight (8) day extension of time, to and including August 28, 2007, within which to file its Response to Defendant's Motion to Dismiss pursuant to 28 U.S.C. § 1500 ("Motion to Dismiss"). In support of its Motion, Ak-Chin shows the Court as follows:

1. Pursuant to this Court's May 30, 2007 Order, Defendant was required to filed its Motion to Dismiss on or before July 30, 2007.

2. On July 25, 2007, Defendant filed a motion to enlarge the time within which to file its Motion to Dismiss by seven (7) days. Ak-Chin did not oppose this motion.

3. Pursuant to this Court's July 31, 2007 Order, Defendant's motion was granted and Defendant's time for filing its Motion to Dismiss was enlarged to allow filing on or before Monday, August 6, 2007, although Ak-Chin's time to respond to the Motion remained unchanged.

4. On August 6, 2007, Defendant filed a Motion to Dismiss.

5. Because Defendant has filed its Motion to Dismiss one week later than originally ordered, Ak-Chin anticipates needing additional time to prepare its Response which is currently due on August 20, 2007.

6. This Motion is the Ak-Chin's first request for extension of time to respond to Defendant's Motion to Dismiss.

7. Ak-Chin's counsel, Catherine Munson, contacted Defendant's counsel Laura M.L. Maroldy, regarding this motion on August 14, 2007. Ms. Maroldy stated that she consented to Ak-Chin's request to extend the time for responding to Defendant's Motion to Dismiss to and including August 28, 2007.

8. Ak-Chin's request for an extension of time to file a Response to Defendant's Motion to Dismiss is not made for purposes of harassment, delay or any other improper purpose. Additionally, granting this motion will not prejudice any party, nor unduly delay the case.

9. A proposed Order granting the instant motion is attached hereto.

WHEREFORE, Plaintiff respectfully requests that this unopposed motion for extension of time be granted.

Respectfully submitted this 16th day of August, 2007.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
**Kilpatrick Stockton LLP**
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 505-5858

*Attorneys for Plaintiff*
The Ak-Chin Indian Community

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE AK-CHIN INDIAN COMMUNITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-09321 (ECH) |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | **Electronically filed on August 16, 2007** |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Pursuant to 28 U.S.C. § 1500 was electronically filed using the Court's ECF system and that the below-listed counsel are ECF users and will be served via the ECF System:

Laura M.L. Maroldy
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

This 16th day of August, 2007.

/s/ Keith Harper
KEITH HARPER
D.C. Bar No. 451956
E-mail: kharper@kilpatrickstockton.com
G. WILLIAM AUSTIN
D.C. Bar No. 478417
E-mail: baustin@kilpatrickstockton.com
**Kilpatrick Stockton LLP**
607 14th Street, N.W.
Washington, D.C. 20005
Tel: (202) 508-5800
Fax: (202) 505-5858

*Attorneys for Plaintiff*
The Ak-Chin Indian Community

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE AK-CHIN INDIAN COMMUNITY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-09321 (ECH) |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES, | ) | **Electronically filed on August 16, 2007** |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss. After careful consideration and review of the motion, which Defendant does not oppose, the Court finds good cause and hereby GRANTS Plaintiff's Unopposed Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss. It is hereby ORDERED that Plaintiff's time to file a Response to Defendant's Motion to Dismiss is extended through and including August 28, 2007.

SO ORDERED this ______day of _____________, 2007.

______________________________
Emily C. Hewitt
Judge