# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: August 17, 2007)

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss Pursuant to 28 U.S.C. § 1500 (Motion). Based on the representations therein, the motion is GRANTED. Plaintiff shall file its response to defendant's motion to dismiss on or before Tuesday, August 28, 2007. Subsequent briefing shall be extended to accord with Rule 7.2(b) of the Rules of the United States Court of Federal Claims.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge