# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: September 10, 2007)

AK-CHIN INDIAN COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Motion by Defendant for Enlargement of Time Within Which to File Defendant's Reply Memorandum in Support of Its Motion to Dismiss (Motion). Based on the representations therein, the motion is GRANTED. Defendant shall file its reply on or before Friday, September 21, 2007.

The parties jointly requested oral argument on defendant's motion. The court will hear oral argument on Tuesday, October 9, 2007 at 11:00 a.m. EDT at the National Courts Building, 717 Madison Place NW, Washington, D.C.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge