IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 06-0932L-ECH<br>Judge Emily C. Hewitt<br>**Electronically filed October 5, 2007** |

**EMERGENCY MOTION BY DEFENDANT FOR CONTINUANCE OF OCTOBER 9, 2007, HEARING**

Pursuant to Rule 7 (b) of the Rules of the Court of Federal Claims, Defendant, the United States of America, respectfully moves this Court to continue the hearing in this case, which currently is set for October 9, 2007. This motion is Defendant's first such motion. The grounds for this motion are as follows:

1. The hearing on Defendant's motion to dismiss under 28 U.S.C. § 1500 is set for October 9, 2007.

2. That date was set with Defendant's and undersigned counsel's consent and cooperation, to accommodate Plaintiff's request that the hearing occur on a date before the trial in the *Cobell* case begins October 10, 2007, in the District Court for the District of Columbia, because of Plaintiff's counsel's involvement in that trial.

3. After 11:00 p.m. the night of Thursday, October 4, 2007, undersigned counsel was informed that her mother had been re-hospitalized on an emergency basis that night.[1/]

[1/]Undersigned counsel's mother had recently been discharged from the hospital to a sub-acute care facility after several weeks of hospitalization beginning in August, due to medical

4. Undersigned counsel's parents live hundreds of miles from Washington, D.C., and from undersigned counsel's residence.

5. After consultation with family during the day Friday, October 5, 2007, regarding her mother's condition, undersigned counsel called Mark Levy, Esquire, of the Kilpatrick Stockton firm (who recently informed undersigned counsel that he would be handling the oral argument in this case) and requested Plaintiff's consent to a continuance of a week or soof the hearing in this matter (*e.g.*, to October 17 or 18), to accommodate undersigned counsel's need and desire to attend to the family medical situation described above. Mr. Levy stated he would consult with counsel of record and the other lawyers on the case regarding the request.

6. Mr. Levy later informed undersigned counsel that Plaintiff's counsel opposed any extension of the hearing date for this matter.

7. Granting this motion will not prejudice any party, nor unduly delay the case.

WHEREFORE, Defendant respectfully requests that this motion for a continuance be granted.

---

emergency.

Respectfully submitted this 5th day of October 2007.

RONALD J. TENPAS
ACTING ASSISTANT ATTORNEY GENERAL

*s/Laura M.L. Maroldy*

Laura M.L. Maroldy
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 514-4565
Fax: (202) 353-2021

Attorneys for Defendant