# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: October 5, 2007)

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is an Emergency Motion by Defendant for Continuance of October 9, 2007, Hearing (Motion). The court held a status conference with the parties on October 5, 2007, to discuss rescheduling the hearing. Based on the representations contained therein, the court GRANTS defendant's Motion.

The court will hear oral argument on Friday, October 26, 2007, at 11 a.m. EDT at the National Courts Building, 717 Madison Place NW, Washington, DC.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge