# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: October 15, 2007)

AK-CHIN INDIAN COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Plaintiff's counsel informed the court of a schedule conflict with the court's previous October 5, 2007 order for oral argument. The court will now hear oral argument on Wednesday, October 24, 2007, at 11 a.m. EDT at the National Courts Building, 717 Madison Place NW, Washington, DC.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge