# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: October 17, 2007)

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The oral argument will be preceded by an evidentiary hearing at which the court will hear witness testimony from Ms. Alexis Applegate. The evidentiary hearing will begin at 11:00 a.m. on Wednesday, October 24, 2007 and the oral argument will commence upon the conclusion of testimony. The evidence will be received subject to the Federal Rules of Evidence, 28 U.S.C. § 2503(b) (2000).

In addition, the parties shall be prepared to address the following questions at oral argument.

1. Is the case number assigned to a civil complaint filed in the Federal District Court for the District of Columbia determined by the order in which the case was received at the counter, with the earliest filed civil case receiving the lowest civil case number that day and the latest filed civil case receiving the highest civil case number that day? What is the basis for you answer?

2. How might the discussion of the Court of Appeals for the Federal Circuit in Chancellor Manor v. United States, 331 F.3d 891 (Fed. Cir. 2003) and Suburban Mortgage Associates, Inc. v. U.S. Department of Housing & Urban Development, 480 F.3d 1116 (2000) shed light on a resolution of the government's pending motion to dismiss?

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge