# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: October 17, 2007)

AK-CHIN INDIAN COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

This order amends the court's prior Order of October 17, 2007. The parties shall disregard the citation to Chancellor Manor v. United States and the parties should instead consider Christopher Village, LP v. United States, 360 F.3d 1319 (2004) for question two of the prior Order of October 17, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge