# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: October 25, 2007)

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the evidentiary hearing and status conference held on October 24, 2007, the parties shall submit the following briefing regarding the issue of the times when, on December 29, 2006, plaintiff's complaints were filed at this court and at the District Court for the District of Columbia:

1. The parties shall file their opening post-evidentiary hearing briefs on Friday, November 9, 2007.

2. The parties shall file their respective replies to the opening briefs on Wednesday, November 14, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge