# In the United States Court of Federal Claims

**06-932L**

**Filed: November 1, 2007**

**THE AK-CHIN INDIAN COMMUNITY**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 Volume)**
**Held in Washington, D.C.**
**October 24, 2007**
**Filed with PlaintiffS Exhibits A-N &**
**Defendants Exhibits 1,2,6,8,12,14,15**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.