IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | Case No. 06-0932L-ECH<br>Judge Emily C. Hewitt<br>**Electronically filed November 9, 2007** |

**EMERGENCY MOTION BY DEFENDANT FOR ENLARGEMENT OF TIME BY WHICH TO FILE ITS SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO 28 U.S.C. § 1500**

Pursuant to Rule 7 (b) of the Rules of the Court of Federal Claims, Defendant, the United States of America, respectfully moves this Court for an extension of time to and including November 19, 2007 to file its supplemental briefing on the Government's motion to dismiss pursuant to 28 U.S.C. § 1500 (Dkt. #23) which is currently due on November 9, 2007. This motion is Defendant's first such motion. The grounds for this motion are as follows:

1. On October 24, 2007 the Court held an evidentiary hearing and oral argument on the Defendant's motion to dismiss.

2. At the conclusion of the hearing on October 24, the Court ordered the parties to provide supplemental briefing, with opening briefs due on November 9, 2007.

3. On November 9, 2007, at approximately 5:00 p.m., counsel of record, Ms. Laura M.L. Maroldy received an unfortunate telephone call informing her that her mother had passed

away.[1]

4. Undersigned counsel of record has been diligently preparing the Government's supplemental brief in this matter, but as of the time she was informed of her mother's passing, she had been unable to complete her draft of the brief. Nor has the Government's draft supplemental brief been reviewed and vetted by the appropriate counsel at the agencies principally affected by this litigation, the Departments of the Interior and Treasury.

5. Given the extenuating circumstances this situation presents, the Government respectfully requests an enlargement of ten days, to and including November 19, 2007 by which to submit the supplemental briefing ordered by this Court.

6. At my behest, my colleague Kevin J. Larsen attempted to contact one of the counsel for the Plaintiff, Ms. Catherine Munson in order to secure the Plaintiff's position on the Government's emergency request. As of the time of this filing, the Government has not been able to contact Ms. Munson in order to secure the Plaintiff's position.

7. Granting this motion will not prejudice any party, nor unduly delay the case.

WHEREFORE, Defendant respectfully requests that this motion for a continuance be granted.

[1] As this Court is aware, the Government moved this Court on October 5, 2007 for an extension of time on the evidentiary hearing then scheduled for October 9, 2007 (Dkt. No. 30). This motion was motivated by a medical crisis involving undersigned counsel's mother.

Respectfully submitted this 9th day of November 2007.

RONALD J. TENPAS
ACTING ASSISTANT ATTORNEY GENERAL

*s/Laura M.L. Maroldy*

Laura M.L. Maroldy
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 514-4565
Fax: (202) 353-2021

Attorneys for Defendant