**EXHIBIT A**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE AK-CHIN INDIAN COMMUNITY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 06-09321 (ECH)<br>Judge Emily C. Hewitt |

**ORDER**

This matter comes before the Court on Defendant's Emergency Motion for Enlargement of Time by which to File Its Supplemental Brief in Support of Its Motion to Dismiss Pursuant to 28 U.S.C. § 1500. After careful consideration and review of the Motion and Plaintiff's Response to the Motion, the Court hereby Orders as follows:

1. Defendant shall file its Opposition to Plaintiff's Opening Post-Evidentiary Hearing Brief Opposing Defendant's Motion to Dismiss on Monday, November 19, 2007.

2. Plaintiff shall file its Reply to Defendant's Response to Plaintiff's Opening Post-Evidentiary Hearing Brief Opposing Defendant's Motion to Dismiss on Thursday, November 29, 2007.

IT IS SO ORDERED this ____ day of November, 2007.

______________________________

Emily C. Hewitt
Judge