# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: November 13, 2007)

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is an "Emergency Motion by Defendant for Enlargement of Time by Which to File its Supplemental Brief in Support of its Motion to Dismiss Pursuant to 28 U.S.C. § 1500" (defendant's Motion). The court has also received plaintiff's "Opening Post-Evidentiary Hearing Brief Opposing Defendant's Motion to Dismiss" (plaintiff's Opening Brief), filed timely on November 9, 2007.

The court is sorry for the loss experienced by defendant's counsel. The briefing schedule which has been impacted by this sorrowful event was specifically consented to by the parties and was known by the parties to have been intended to provide simultaneity in opening briefing and responsive briefing. It does not appear, based on information contained in defendant's Motion at paragraph 4, that defendant was positioned to comply with the agreed briefing schedule in any event. In such circumstances, good practice would counsel that the party who does not expect to be in position to comply with a simultaneous briefing schedule should seek to have the entire schedule extended.

As requested in its Motion, defendant shall be afforded an enlargement of time of ten days, up to and including Monday November 19, 2007, to submit the supplemental briefing ordered by the court. Defendant's briefing shall comprise both its initial filing and its response to plaintiff's brief filed on November 9, 2007. Plaintiffs shall file responsive briefing on or before Tuesday November 27, 2007.

The court's order of October 25, 2007, to the extent inconsistent with this order, is hereby SUPERSEDED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge