# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: November 13, 2007)

AK-CHIN INDIAN COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to an informal telephonic conference with the parties on November 13, 2007, the court's original Order of November 13, 2007 is AMENDED to read as follows:

> As requested in its Motion, defendant shall be afforded an enlargement of time of twelve days, up to and including Wednesday, November 21, 2007, to submit the supplemental briefing ordered by the court. Defendant's briefing shall comprise both its initial filing and its response to plaintiff's brief filed on November 9, 2007. Plaintiffs shall file responsive briefing on or before Thursday, November 29, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge