# DEFENDANT'S

# EXHIBIT

# A

CLOSED, PROSE-NP, TYPE-F

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-02244-RJL**

VERNER v. OFFICE OF PERSONNEL MANAGEMENT et al
Assigned to: Judge Richard J. Leon
Demand: $6,000
Cause: 05:8101 Federal Employees' Liability Act

Date Filed: 12/29/2006
Date Terminated: 06/25/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**DOUGLAS D. VERNER** represented by **DOUGLAS D. VERNER**
16205 Deer Lake Road
Derwood, MD 20855
(703) 518-6441
PRO SE

V.

**Defendant**

**OFFICE OF PERSONNEL MANAGEMENT** represented by **Marina Utgoff Braswell**
US ATTORNEYS OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Room 10-413
Washington, DC 20530
(202) 514-7226
Fax: (202) 514-8780
Email: Marina.Braswell@usdoj.gov
*LEAD ATTORNEY*

**Defendant**

**LINDA M. SPRINGER**
*Director of the Office of Personnel Management* represented by **Marina Utgoff Braswell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2006 | 1 | COMPLAINT against OFFICE OF PERSONNEL MANAGEMENT, LINDA M. SPRINGER ( Filing fee $ 350 receipt number 4616001256.) filed by DOUGLAS D. VERNER. (Attachments: # 1 Civil Cover Sheet) (tg, ) (Entered: 01/03/2007) |

| | | |
|---|---|---|
| 12/29/2006 | | Summons (4) Issued as to OFFICE OF PERSONNEL MANAGEMENT, LINDA M. SPRINGER, U.S. Attorney and U.S. Attorney General (tg, ) (Entered: 01/03/2007) |
| 01/03/2007 | 2 | STANDING ORDER. Signed by Judge Richard J. Leon on 01/03/2007. (CMcP, ) (Entered: 01/03/2007) |
| 03/19/2007 | 3 | NOTICE of Appearance by Marina Utgoff Braswell on behalf of OFFICE OF PERSONNEL MANAGEMENT, LINDA M. SPRINGER (Braswell, Marina) (Entered: 03/19/2007) |
| 03/19/2007 | 4 | MOTION to Dismiss by OFFICE OF PERSONNEL MANAGEMENT, LINDA M. SPRINGER (Braswell, Marina) (Entered: 03/19/2007) |
| 05/15/2007 | 5 | Order advising plaintiff to respond within 30 days of this Order, or Court may deem matter as conceded re 4 MOTION to Dismiss filed by OFFICE OF PERSONNEL MANAGEMENT, LINDA M. SPRINGER. Signed by Judge Richard J. Leon on 5/15/07. (whb) (Entered: 05/15/2007) |
| 06/21/2007 | 6 | NOTICE of Voluntary Dismissal with prejudice by DOUGLAS D. VERNER (jf, ) (Entered: 06/25/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/21/2007 17:49:22 | | | |
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-02244-RJL |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# DEFENDANT'S

# EXHIBIT

# B

06-2236
JR

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Tohono O'odham Nation

Pima, Pinal, Maricopa, Conchise & Yuma Counties, AZ
(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

Dirk Kempthorne, Secretary of the Interior; Ross O. Swimmer, Special Trustee and
Henry M. Paulson, Secretary of the Treasury

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) Washington, D.C.
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Keith M. Harper and G. William Austin, III
Kilpatrick Stockton LLP
607 14th Street N.W., Suite 900
Washington, D.C. 20005
(202) 508-5800

ATT
All
Ur
95
W

CASE NUMBER 1:06CV02236
JUDGE: James Robertson
DECK TYPE: General Civil
DATE STAMP: 12/28/2006

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ⦿ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSH**
FOR PLAINTIFF A

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**○ A. *Antitrust***

- ☐ 410 Antitrust

**○ B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**⦿ E. *General Civil (Other)*** OR **○ F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

5

| | | | |
|---|---|---|---|
| ○ **G. *Habeas Corpus/ 2255*** <br> ☐ 530 Habeas Corpus-General <br> ☐ 510 Motion/Vacate Sentence | ○ **H. *Employment Discrimination*** <br> ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br> *(If pro se, select this deck)* | ○ **I. *FOIA/PRIVACY ACT*** <br> ☐ 895 Freedom of Information Act <br> ☐ 890 Other Statutory Actions (if Privacy Act) <br> *(If pro se, select this deck)* | ○ **J. *Student Loan*** <br> ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ **K. *Labor/ERISA (non-employment)*** <br> ☐ 710 Fair Labor Standards Act <br> ☐ 720 Labor/Mgmt. Relations <br> ☐ 730 Labor/Mgmt. Reporting & Disclosure Act <br> ☐ 740 Labor Railway Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Empl. Ret. Inc. Security Act | ○ **L. *Other Civil Rights (non-employment)*** <br> ☐ 441 Voting (if not Voting Rights Act) <br> ☐ 443 Housing/Accommodations <br> ☐ 444 Welfare <br> ☐ 440 Other Civil Rights <br> ☐ 445 American w/Disabilities-Employment <br> ☐ 446 Americans w/Disabilities-Other | ○ **M. *Contract*** <br> ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment & Enforcement of Judgment <br> ☐ 153 Recovery of Overpayment of Veteran's Benefits <br> ☐ 160 Stockholder's Suits <br> ☐ 190 Other Contracts <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | ○ **N. *Three-Judge Court*** <br> ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Action for violation of defendants' fiduciary duties to plaintiff. Title 25 of the U.S. Code and various other statutes and regulations

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** Equitable & declaratory relief Check YES only if demanded in complaint **JURY DEMAND:** YES ☐ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☒ NO ☐ If yes, please complete related case form.

**DATE** 12/28/06 **SIGNATURE OF ATTORNEY OF RECORD** [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# DEFENDANT'S

# EXHIBIT

# C

STAYED, TYPE-C

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:06-cv-02239-JR

NEZ PERCE TRIBE et al v. KEMPTHORNE et al
Assigned to: Judge James Robertson
Cause: 28:1362 Indian Tribal Controversy

Date Filed: 12/28/2006
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**NEZ PERCE TRIBE** represented by

**Mark Christopher Tilden**
NATIVE AMERICAN RIGHTS FUND

1506 Broadway
Boulder, CO 80302
(303) 447-8760
Fax: (303) 443-7776
Email: mctilden@narf.org
*TERMINATED: 06/08/2007*
*LEAD ATTORNEY*

**David L. Gover**
NATIVE AMERICAN RIGHTS FUND

1506 Broadway
Boulder, CO 80302
(303) 447-8760
Fax: (303) 443-7776
*ATTORNEY TO BE NOTICED*

**Dawn Sturdevant Baum**
NATIVE AMERICAN RIGHTS FUND

1712 N Street, NW
Washington, DC 20036
(202) 785-4166
Fax: (202) 822-0068
Email: dbaum@narf.org
*ATTORNEY TO BE NOTICED*

**Donald R. Wharton**
NATIVE AMERICAN RIGHTS FUND

1506 Broadway
Boulder, CO 80302

(303) 447-8760
Fax: (303) 443-7776
Email: wharton@narf.org
*ATTORNEY TO BE NOTICED*

**John E. Echohawk**
NATIVE AMERICAN RIGHTS FUND

1506 Broadway
Broadway, CO 80302
(303) 447-8760
Fax: (303) 443-7776
*ATTORNEY TO BE NOTICED*

**Melody L. McCoy**
NATIVE AMERICAN RIGHTS FUND

1506 Broadway
Boulder, CO 80302
(303) 447-8760
Email: mmccoy@narf.org
*ATTORNEY TO BE NOTICED*

**Walter R. Echo-Hawk, Jr.**
NATIVE AMERICAN RIGHTS FUND

1506 Broadway
Boulder, CO 80302
(303) 447-8760
Fax: (303) 443-7776
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MESCALERO APACHE TRIBE** represented by **Mark Christopher Tilden**
(See above for address)
*TERMINATED: 06/08/2007*
*LEAD ATTORNEY*

**David L. Gover**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Sturdevant Baum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald R. Wharton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John E. Echohawk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody L. McCoy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter R. Echo-Hawk, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TULE RIVER INDIAN TRIBE** represented by **Mark Christopher Tilden**
(See above for address)
*TERMINATED: 06/08/2007*
*LEAD ATTORNEY*

**David L. Gover**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Sturdevant Baum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald R. Wharton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John E. Echohawk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody L. McCoy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter R. Echo-Hawk, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HUALAPAI TRIBE** represented by **Mark Christopher Tilden**
(See above for address)
*TERMINATED: 06/08/2007*
*LEAD ATTORNEY*

**David L. Gover**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Dawn Sturdevant Baum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald R. Wharton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John E. Echohawk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody L. McCoy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter R. Echo-Hawk, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**YAKAMA NATION** represented by **Mark Christopher Tilden**
(See above for address)
*TERMINATED: 06/08/2007*
*LEAD ATTORNEY*

**David L. Gover**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Sturdevant Baum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald R. Wharton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John E. Echohawk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody L. McCoy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter R. Echo-Hawk, Jr.**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KLAMATH TRIBES** represented by **Mark Christopher Tilden**
(See above for address)
*TERMINATED: 06/08/2007*
*LEAD ATTORNEY*

**David L. Gover**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Sturdevant Baum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald R. Wharton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John E. Echohawk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody L. McCoy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter R. Echo-Hawk, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**YUROK TRIBE** represented by **Mark Christopher Tilden**
(See above for address)
*TERMINATED: 06/08/2007*
*LEAD ATTORNEY*

**David L. Gover**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Sturdevant Baum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald R. Wharton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John E. Echohawk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody L. McCoy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter R. Echo-Hawk, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHEYENNE-ARAPAHO TRIBE** represented by **Mark Christopher Tilden**
(See above for address)
*TERMINATED: 06/08/2007*
*LEAD ATTORNEY*

**David L. Gover**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Sturdevant Baum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald R. Wharton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John E. Echohawk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody L. McCoy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter R. Echo-Hawk, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PAWNEE NATION OF OKLAHOMA** represented by **Mark Christopher Tilden**
(See above for address)
*TERMINATED: 06/08/2007*
*LEAD ATTORNEY*

**David L. Gover**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Dawn Sturdevant Baum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald R. Wharton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John E. Echohawk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody L. McCoy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter R. Echo-Hawk, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SAC AND FOX NATION** represented by **Mark Christopher Tilden**
(See above for address)
*TERMINATED: 06/08/2007*
*LEAD ATTORNEY*

**David L. Gover**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Sturdevant Baum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald R. Wharton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John E. Echohawk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody L. McCoy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter R. Echo-Hawk, Jr.**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SANTEE SIOUX TRIBE OF NEBRASKA**

represented by **Mark Christopher Tilden**
(See above for address)
*TERMINATED: 06/08/2007*
*LEAD ATTORNEY*

**David L. Gover**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dawn Sturdevant Baum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald R. Wharton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John E. Echohawk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melody L. McCoy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Walter R. Echo-Hawk, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TLINGIT & HAIDA TRIBES OF ALASKA**

represented by **Mark Christopher Tilden**
(See above for address)
*TERMINATED: 06/08/2007*
*LEAD ATTORNEY*

V.

**Defendant**

**DIRK KEMPTHORNE**
*Secretary of the Interior, United Stateds Department of the Interior*

represented by **Anthony P. Hoang**
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
(202) 305-0241
Fax: (202) 353-2021

Email: anthony.hoang@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin J. Lalonde**
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources
Natural Resources Section
P.O. Box 663
Washington, DC 20044
(202) 305-0247
Fax: 202-305-8271
Email: martin.lalonde@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik Kenneth Stegeby**
U.S. DEPARTMENT OF JUSTICE
601 D Street, NW
Washington, DC 20004
(202) 616-4119
Email: kenneth.stegeby@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**HENRY M. PAULSON**
*Secretary of the Treasury, United States Department of the Treasury*

represented by **Anthony P. Hoang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin J. Lalonde**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik Kenneth Stegeby**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/28/2006 | 1 | COMPLAINT against DIRK KEMPTHORNE, HENRY M. PAULSON ( Filing fee $ 350 receipt number 4616001246.)filed by YAKAMA NATION, KLAMATH TRIBES, YUROK TRIBE, CHEYENNE-ARAPAHO TRIBE, PAWNEE NATION OF OKLAHOMA, SAC AND FOX NATION, SANTEE SIOUX TRIBE OF NEBRASKA, NEZ PERCE TRIBE, MESCALERO APACHE TRIBE, TULE RIVER INDIAN TRIBE, HUALAPAI TRIBE. (Attachments: # 1 Civil Cover |

| | | |
|---|---|---|
| | | Sheet)(td, ) (Entered: 01/03/2007) |
| 12/28/2006 | | SUMMONS (4) Issued as to DIRK KEMPTHORNE, HENRY M. PAULSON, U.S. Attorney and U.S. Attorney General (td, ) (Entered: 01/03/2007) |
| 12/28/2006 | 2 | NOTICE OF RELATED CASE by YAKAMA NATION, KLAMATH TRIBES, YUROK TRIBE, CHEYENNE-ARAPAHO TRIBE, PAWNEE NATION OF OKLAHOMA, SAC AND FOX NATION, SANTEE SIOUX TRIBE OF NEBRASKA, NEZ PERCE TRIBE, MESCALERO APACHE TRIBE, TULE RIVER INDIAN TRIBE, HUALAPAI TRIBE. Case related to Case No. SEE RELATED CASE SHEET. (td, ) (Entered: 01/03/2007) |
| 01/03/2007 | | Case Reassigned to Judge James Robertson. Judge Colleen Kollar-Kotelly no longer assigned to the case. (ztd, ) (Entered: 01/08/2007) |
| 01/05/2007 | 3 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- David L. Gover. :Address- 1506 Broadway, Boulder, Colorado 80302. Phone No. - 303-447-8760. Fax No. - 303-443-7776 by YAKAMA NATION, KLAMATH TRIBES, YUROK TRIBE, CHEYENNE-ARAPAHO TRIBE, PAWNEE NATION OF OKLAHOMA, SAC AND FOX NATION, SANTEE SIOUX TRIBE OF NEBRASKA, NEZ PERCE TRIBE, MESCALERO APACHE TRIBE, TULE RIVER INDIAN TRIBE, HUALAPAI TRIBE. (Attachments: # 1 Text of Proposed Order Order Granting Permission to Appear Pro Hac Vice)(Tilden, Mark) (Entered: 01/05/2007) |
| 01/05/2007 | 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Donald R. Wharton. :Address- 1506 Broadway, Boulder, Colorado 80302. Phone No. - 303-447-8760. Fax No. - 303-443-7776 by YAKAMA NATION, KLAMATH TRIBES, YUROK TRIBE, CHEYENNE-ARAPAHO TRIBE, PAWNEE NATION OF OKLAHOMA, SAC AND FOX NATION, SANTEE SIOUX TRIBE OF NEBRASKA, NEZ PERCE TRIBE, MESCALERO APACHE TRIBE, TULE RIVER INDIAN TRIBE, HUALAPAI TRIBE. (Attachments: # 1 Text of Proposed Order Order Granting Permission to Appear Pro Hac Vice)(Tilden, Mark) (Entered: 01/05/2007) |
| 01/05/2007 | 5 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- John E. Echohawk. :Address- 1506 Broadway, Boulder, Colorado 80302. Phone No. - 1-303-447-8760. Fax No. - 1-303-443-7776 by YAKAMA NATION, KLAMATH TRIBES, YUROK TRIBE, CHEYENNE-ARAPAHO TRIBE, PAWNEE NATION OF OKLAHOMA, SAC AND FOX NATION, SANTEE SIOUX TRIBE OF NEBRASKA, NEZ PERCE TRIBE, MESCALERO APACHE TRIBE, TULE RIVER INDIAN TRIBE, HUALAPAI TRIBE. (Attachments: # 1 Text of Proposed Order Order Granting Permission to Appear Pro Hac Vice) (Tilden, Mark) (Entered: 01/05/2007) |
| 01/05/2007 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Melody L. McCoy. :Address- 1506 Broadway, Boulder, Colorado 80302. Phone No. |

| | | |
|---|---|---|
| | | - 303-447-8760. Fax No. - 303-443-7776 by YAKAMA NATION, KLAMATH TRIBES, YUROK TRIBE, CHEYENNE-ARAPAHO TRIBE, PAWNEE NATION OF OKLAHOMA, SAC AND FOX NATION, SANTEE SIOUX TRIBE OF NEBRASKA, NEZ PERCE TRIBE, MESCALERO APACHE TRIBE, TULE RIVER INDIAN TRIBE, HUALAPAI TRIBE. (Attachments: # 1 Text of Proposed Order Order Granting Permission to Appear Pro Hac Vice)(Tilden, Mark) (Entered: 01/05/2007) |
| 01/05/2007 | 7 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Walter R. Echo-Hawk. :Address- 1506 Broadway, Boulder, Colorado 80302. Phone No. - 303-447-8760. Fax No. - 303-443-7776 by YAKAMA NATION, KLAMATH TRIBES, YUROK TRIBE, CHEYENNE-ARAPAHO TRIBE, PAWNEE NATION OF OKLAHOMA, SAC AND FOX NATION, SANTEE SIOUX TRIBE OF NEBRASKA, NEZ PERCE TRIBE, MESCALERO APACHE TRIBE, TULE RIVER INDIAN TRIBE, HUALAPAI TRIBE. (Attachments: # 1 Text of Proposed Order Order Granting Permission to Appear Pro Hac Vice)(Tilden, Mark) (Entered: 01/05/2007) |
| 01/05/2007 | 9 | NOTICE of service by plaintiffs (td, ) (Entered: 01/11/2007) |
| 01/08/2007 | 8 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Dawn Sturdevant Baum. :Address- 1712 N Street NW, Washington, D.C. 20036. Phone No. - (202) 785-4166. Fax No. - (202) 822-0068 by YAKAMA NATION, KLAMATH TRIBES, YUROK TRIBE, CHEYENNE-ARAPAHO TRIBE, PAWNEE NATION OF OKLAHOMA, SAC AND FOX NATION, SANTEE SIOUX TRIBE OF NEBRASKA, NEZ PERCE TRIBE, MESCALERO APACHE TRIBE, TULE RIVER INDIAN TRIBE, HUALAPAI TRIBE. (Attachments: # 1 Text of Proposed Order Order Granting Permission to Appear Pro Hac Vice)(Tilden, Mark) (Entered: 01/08/2007) |
| 01/16/2007 | 10 | CERTIFICATE of Counsel by Mark Christopher Tilden on behalf of all plaintiffs (Attachments: # 1 Notice of Related Case Form)(jf, ) (Entered: 01/17/2007) |
| 01/19/2007 | 11 | ORDER granting only upon condition plaintiffs' motions for pro hac appearances of David L. Gover 3, Donald R. Wharton 4, John E. Echohawk 5, Melody L. McCoy 6, Walter R. Echo-Hawk, Jr. 7 and Dawn Sturdevant Baum 8. Signed by Judge James Robertson on January 19, 2007. (MT) (Entered: 01/19/2007) |
| 01/23/2007 | 12 | NOTICE of Appearance by Anthony P. Hoang on behalf of all defendants (Hoang, Anthony) (Entered: 01/23/2007) |
| 01/24/2007 | 13 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Melody L. McCoy. :Address- 1506 Broadway, Boulder, CO 80302. Phone No. - (303) 447-8760. Fax No. - (303) 443-7776 by NEZ PERCE TRIBE. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Plaintiffs' Unopposed Motin to Amend Motion of Melody L. McCoy to Appear Pro Hac Vice)(Tilden, Mark) (Entered: |

| | | |
|---|---|---|
| | | 01/24/2007) |
| 01/26/2007 | 14 | ENTERED IN ERROR.....RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General January 5, 2007. (Tilden, Mark) Modified on 1/29/2007 (zlc, ). (Entered: 01/26/2007) |
| 01/26/2007 | 15 | ENTERED IN ERROR.....RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to DIRK KEMPTHORNE served on 1/5/2007, answer due 3/6/2007. (Tilden, Mark) Modified on 1/29/2007 (zlc, ). (Entered: 01/26/2007) |
| 01/26/2007 | 16 | ENTERED IN ERROR.....RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to HENRY M. PAULSON served on 1/5/2007, answer due 3/6/2007. (Tilden, Mark) Modified on 1/29/2007 (zlc, ). (Entered: 01/26/2007) |
| 01/26/2007 | 17 | ENTERED IN ERROR.....RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. (Tilden, Mark) Modified on 1/29/2007 (zlc, ). (Entered: 01/26/2007) |
| 01/29/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: re 15 Summons Returned Executed as to Federal Defendant, 14 Summons Returned Executed as to Attorney General, 17 Summons Returned Executed as to US Attorney for DC, 16 Summons Returned Executed as to Federal Defendant were entered in error and counsel was instructed to refile said pleading with the correct service dates (the date the certified card was signed for). (zlc, ) (Entered: 01/29/2007) |
| 01/29/2007 | 18 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 01/10/2007. (Tilden, Mark) (Entered: 01/29/2007) |
| 01/29/2007 | 19 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to DIRK KEMPTHORNE served on 1/10/2007, answer due 3/12/2007. (Tilden, Mark) (Entered: 01/29/2007) |
| 01/29/2007 | 20 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to HENRY M. PAULSON served on 1/11/2007, answer due 3/12/2007. (Tilden, Mark) (Entered: 01/29/2007) |
| 01/29/2007 | 21 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. (Tilden, Mark) (Entered: 01/29/2007) |
| 01/29/2007 | 22 | NOTICE OF RELATED CASE by all plaintiffs. Case related to Case No. 1:06-cv-02245-JR & 73 additional cases. (Tilden, Mark) (Entered: 01/29/2007) |
| 01/31/2007 | 23 | ORDER granting only upon condition plaintiff's motion for the pro hac vice appearance of Melody L. McCoy 13. Signed by Judge James Robertson on January 31, 2007. (MT) (Entered: 01/31/2007) |
| 03/10/2007 | 24 | Unopposed MOTION for Extension of Time to *File Answer or Otherwise Respond to 1 Complaint or Amended Complaint; Exhibit 1; and* |

| | | |
|---|---|---|
| | | *[Proposed] Order;* by DIRK KEMPTHORNE, HENRY M. PAULSON. (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1)(Hoang, Anthony) Modified on 3/12/2007 (zlc, ). (Entered: 03/10/2007) |
| 03/19/2007 | 25 | Unopposed MOTION for Extension of Time to *Move for Class Certification* by NEZ PERCE TRIBE (Attachments: # 1 Text of Proposed Order Granting Motion)(Tilden, Mark) (Entered: 03/19/2007) |
| 03/21/2007 | | MINUTE ORDER granting defendants' unopposed motion for extension of time 24 to May 11, 2007. Signed by Judge James Robertson on March 20, 2007. (MT) (Entered: 03/21/2007) |
| 03/27/2007 | | MINUTE ORDER granting plaintiffs' unopposed motion for extension of time 25 to 30 days after the filing of an answer or dispositive motion. Signed by Judge James Robertson on March 27, 2007. (MT) (Entered: 03/27/2007) |
| 04/02/2007 | 26 | ENTERED IN ERROR.....First MOTION to Amend/Correct 1 Complaint, *First Amended Complaint* by NEZ PERCE TRIBE (Attachments: # 1 Exhibit Declaration of A R Taradash)(Tilden, Mark) Modified on 4/3/2007 (zlc, ). (Entered: 04/02/2007) |
| 04/02/2007 | 27 | First AMENDED COMPLAINT against DIRK KEMPTHORNE, HENRY M. PAULSON filed by TLINGIT & HAIDA TRIBES OF ALASKA, YAKAMA NATION, KLAMATH TRIBES, YUROK TRIBE, CHEYENNE-ARAPAHO TRIBE, PAWNEE NATION OF OKLAHOMA, SAC AND FOX NATION, SANTEE SIOUX TRIBE OF NEBRASKA, NEZ PERCE TRIBE, MESCALERO APACHE TRIBE, TULE RIVER INDIAN TRIBE, HUALAPAI TRIBE. (Attachments: # 1 Exhibit 1-Declaration of A R Taradash)(zlc, ) (Entered: 04/03/2007) |
| 04/03/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: re 26 First MOTION to Amend/Correct 1 Complaint, *First Amended Complaint* was entered in error and refiled correctly by the Court in docket entry 27. (zlc, ) (Entered: 04/03/2007) |
| 05/11/2007 | 28 | ANSWER to Amended Complaint by DIRK KEMPTHORNE, HENRY M. PAULSON. Related document: 27 Amended Complaint, filed by YUROK TRIBE, HUALAPAI TRIBE, KLAMATH TRIBES, MESCALERO APACHE TRIBE, CHEYENNE-ARAPAHO TRIBE, PAWNEE NATION OF OKLAHOMA, SAC AND FOX NATION, YAKAMA NATION, TLINGIT & HAIDA TRIBES OF ALASKA, TULE RIVER INDIAN TRIBE, SANTEE SIOUX TRIBE OF NEBRASKA, NEZ PERCE TRIBE.(Lalonde, Martin) (Entered: 05/11/2007) |
| 05/16/2007 | | Set Hearing: Initial Scheduling Conference set for 6/12/2007 02:30 PM in Courtroom 23A before Judge James Robertson. (alr, ) (Entered: 05/16/2007) |
| 05/22/2007 | 29 | Unopposed MOTION to Substitute *Attorney of Record / Lead Counsel* by NEZ PERCE TRIBE (Attachments: # 1 Text of Proposed Order)(Tilden, Mark) (Entered: 05/22/2007) |

| | | |
|---|---|---|
| 06/06/2007 | 30 | Unopposed MOTION for Extension of Time to *Move for Class Certification* by NEZ PERCE TRIBE (Attachments: # 1 Text of Proposed Order)(Tilden, Mark) (Entered: 06/06/2007) |
| 06/06/2007 | 31 | NOTICE of Appearance by Erik Kenneth Stegeby on behalf of all defendants (Stegeby, Erik) (Entered: 06/06/2007) |
| 06/06/2007 | 32 | Joint MOTION for Extension of Time to *Comply with LCvR 16.3 and Request for Continuance of Initial Scheduling Conference* by YAKAMA NATION, KLAMATH TRIBES, YUROK TRIBE, CHEYENNE-ARAPAHO TRIBE, TLINGIT & HAIDA TRIBES OF ALASKA, PAWNEE NATION OF OKLAHOMA, SAC AND FOX NATION, SANTEE SIOUX TRIBE OF NEBRASKA, DIRK KEMPTHORNE, HENRY M. PAULSON, NEZ PERCE TRIBE, MESCALERO APACHE TRIBE, TULE RIVER INDIAN TRIBE, HUALAPAI TRIBE (Attachments: # 1 Text of Proposed Order [Proposed] Order)(Stegeby, Erik) (Entered: 06/06/2007) |
| 06/07/2007 | | MINUTE ORDER granting plaintiff's motion to substitute attorney of record/lead counsel 29. Signed by Judge James Robertson on June 7, 2007. (MT) (Entered: 06/07/2007) |
| 06/07/2007 | | MINUTE ORDER granting plaintiff's unopposed motion for extension of time 30 to July 11, 2007. Signed by Judge James Robertson on June 7, 2007. (MT) (Entered: 06/07/2007) |
| 06/07/2007 | | MINUTE ORDER granting joint motion for extension of time 32 to file Rule 16.3 report 32. Signed by Judge James Robertson on June 7, 2007. (MT) (Entered: 06/07/2007) |
| 06/08/2007 | | NOTICE of CANCELLATION of Hearing: Initial Scheduling Conference set for 6/12/2007 at 2:30 p.m. CANCELLED. (alr, ) (Entered: 06/08/2007) |
| 07/02/2007 | 33 | ORDER STAYING CASE for 30 days from the date of this order; directing that the government has 30 days from the date of this order to file its anticipated remand motion in any or all of these cases; consolidating those cases, in which the government files such a motion,for limited purpose of the remand motion; staying the consolidated cases until the remand motion is decided; directing that, in any case in which the government does not file such a motion, the government will be deemed to have waived its remand argument. Signed by Judge James Robertson on 7/2/07. (jeb, ) (Entered: 07/02/2007) |
| 07/30/2007 | 34 | Unopposed MOTION for Extension of Time to *File Motion for Remand and for Extension of Temporary Stay of Litigation, [Proposed] Order, and Exhibit 1* by DIRK KEMPTHORNE, HENRY M. PAULSON (Attachments: # 1 Text of Proposed Order # 2 Exhibit)(Hoang, Anthony) (Entered: 07/30/2007) |
| 07/30/2007 | 35 | Memorandum in opposition to re 34 Unopposed MOTION for Extension of Time to *File Motion for Remand and for Extension of Temporary Stay of Litigation, [Proposed] Order, and Exhibit 1*Unopposed MOTION for |

| | | |
|---|---|---|
| | | Extension of Time to *File Motion for Remand and for Extension of Temporary Stay of Litigation, [Proposed] Order, and Exhibit 1 Order Denying Defendants' Motion* filed by NEZ PERCE TRIBE. (Attachments: # 1 Text of Proposed Order)(McCoy, Melody) (Entered: 07/30/2007) |
| 07/31/2007 | 36 | ORDER granting defendants' motions for enlargement of time within which to file remand motions; defendants to file remand motions in any or all of these cases by 8/10/07; extending the temporary stay of all proceedings until 8/10/07; directing that all other provisions of the Court's 7/2/07 Order shall remain in effect. (signed by Judge Richard W. Roberts for Judge James Robertson on 7/31/07.) (Entered: 07/31/2007) |
| 08/10/2007 | 37 | MOTION to Remand *And Stay Litigation* by DIRK KEMPTHORNE (Attachments: # 1 Text of Proposed Order)(Rudolph, Maureen) (Entered: 08/10/2007) |
| 08/11/2007 | 38 | MEMORANDUM re 37 MOTION to Remand *And Stay Litigation* filed by DIRK KEMPTHORNE by DIRK KEMPTHORNE. (Attachments: # 1 Exhibit Sioux Tribe v. United States, 12 Ind. Cl. Comm. 541# 2 Exhibit Declaration of Ross Swimmer# 3 Exhibit Declaration of Dawn M. Boswell# 4 Exhibit Attach A Boswell Decl Part 1# 5 Exhibit Attach A Boswell Decl Part 2# 6 Exhibit Attach B Boswell Decl Part 1# 7 Exhibit Attach B Boswell Decl Part 2# 8 Exhibit Attach B Boswell Decl Part 3# 9 Exhibit Attach B Boswell Decl Part 4# 10 Exhibit Attach B Boswell Decl Part 5# 11 Exhibit Attach C Boswell Decl Part 1# 12 Exhibit Attach C Boswell Decl Part 2# 13 Exhibit Attach C Boswell Decl Part 3# 14 Exhibit Attach C Boswell Decl Part 4)(Rudolph, Maureen) (Entered: 08/11/2007) |
| 08/23/2007 | 39 | ORDER setting forth procedures for filing of principal briefs and reply briefs in regards to the government's motion for remand and stay; directing that the plaintiff tribes shall have to 10/1/07 to file one or more principal briefs in response to the motion for remand and stay; granting the government's motions for leave to late-file; granting motions of some of tribes for extensions of time to respond to the motion for remand and to stay; directing that each tribe may have until 10/22/07 to file additional or supplemental briefs and government to 11/21/07 to file its reply brief (or reply briefs); granting in advance leave to exceed page limitations in advance for plaintiffs' principal brief or briefs and for any omnibus government reply; staying all other proceedings in these cases during the pendency of the government's remand motion. (See order for further details)(Signed by Judge James Robertson on 8/23/07) (Entered: 08/23/2007) |
| 10/22/2007 | 40 | Memorandum in opposition to re 37 MOTION to Remand *And Stay Litigation Supplemental* filed by NEZ PERCE TRIBE. (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1# 3 Exhibit 2)(McCoy, Melody) (Entered: 10/22/2007) |
| 11/21/2007 | 41 | REPLY to opposition to motion re 37 MOTION to Remand *And Stay Litigation* filed by DIRK KEMPTHORNE, HENRY M. PAULSON. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Declaration of Cecilia Martinez with exhibits (part 1)# 2 Declaration of Cecilia Martinez with exhibits (part 2))(Stegeby, Erik) (Entered: 11/21/2007) |

**PACER Service Center**

**Transaction Receipt**

11/21/2007 17:55:07

| | | | |
|---|---|---|---|
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:06-cv-02239-JR |
| **Billable Pages:** | 9 | **Cost:** | 0.72 |

# DEFENDANT'S

# EXHIBIT

# D

STAYED, TYPE-E

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-02245-JR**

AK-CHIN INDIAN COMMUNITY v. KEMPTHORNE et al
Assigned to: Judge James Robertson
Case: 1:04-cv-00283-JR
Cause: 28:1330 Breach of Contract

Date Filed: 12/29/2006
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**AK-CHIN INDIAN COMMUNITY**

represented by **Keith M. Harper**
KILPATRICK STOCKTON, LLP
607 14th Street, NW
Suite 900
Washington, DC 20005
(202) 508-5844
Fax: (202) 585-0919
Email: kharper@kilpatrickstockton.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward R. Roybal, II**
STRICKLAND AND STRICKLAND, P.C.
6124 E. Brown Road
Suite 101
Mesa, AZ 85205
(480) 854-8474
Fax: (480) 854-8687
Email: eroybal@stricklandlaw.net
*ATTORNEY TO BE NOTICED*

**George William Austin, III**
KILPATRICK STOCKTON, LLP
607 14th Street, NW
Suite 900
Washington, DC 20005
(202) 508-5858
Fax: 202-508-5858
Email: baustin@kilpatrickstockton.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DIRK KEMPTHORNE**
*Secretary of the Interior*

represented by

**Martin J. Lalonde**
UNITED STATES DEPARTMENT OF JUSTICE
Natural Resources Section
P.O. Box 663
Washington, DC 20044
(202) 305-0247
Fax: 202-305-8271
Email: martin.lalonde@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony P. Hoang**
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
(202) 305-0241
Fax: (202) 353-2021
Email: anthony.hoang@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Laura M.L. Maroldy**
UNITED STATES DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
(202) 305-0241
Fax: (202) 353-2120
Email: laura.maroldy@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROSS O. SWIMMER**
*Special Trustee*

represented by

**Martin J. Lalonde**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony P. Hoang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura M.L. Maroldy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **HENRY M. PAULSON**<br>*Secretary of the Treasury* | represented by | **Martin J. Lalonde**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Anthony P. Hoang**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Laura M.L. Maroldy**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/29/2006 | 1 | COMPLAINT against DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON ( Filing fee $ 350 receipt number 4616001258.) filed by AK-CHIN INDIAN COMMUNITY. (Attachments: # 1 Civil Cover Sheet)(lc, ) (Entered: 01/03/2007) |
| 12/29/2006 | 2 | NOTICE OF RELATED CASE by AK-CHIN INDIAN COMMUNITY. Case related to Case No. 04-0283. (lc, ) (Entered: 01/03/2007) |
| 12/29/2006 | | SUMMONS (5) Issued as to DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON, U.S. Attorney and U.S. Attorney General (lc, ) (Entered: 01/04/2007) |
| 02/22/2007 | 3 | NOTICE of Appearance by Martin J. Lalonde on behalf of DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON (Lalonde, Martin) (Entered: 02/22/2007) |
| 02/22/2007 | 4 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint *, or Otherwise Respond to Complaint, and Proposed Order* by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON. (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1 - Current Tribal Trust Accounting and Trust Mismanagement Cases)(Lalonde, Martin) (Entered: 02/22/2007) |
| 02/27/2007 | | MINUTE ORDER granting defendants' unopposed motion for extension of time 4 to March 13, 2007. Signed by Judge James Robertson on February 27, 2007. (MT) (Entered: 02/27/2007) |
| 03/13/2007 | 5 | ANSWER to Complaint by DIRK KEMPTHORNE, ROSS O. SWIMMER, HENRY M. PAULSON. Related document: 1 Complaint filed by AK-CHIN INDIAN COMMUNITY.(Maroldy, Laura) (Entered: 03/13/2007) |
| 04/23/2007 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Edward R. Roybal II, :Firm- Strickland and Strickland, P.C., :Address- 6124 E. Brown Road, Ste 101 Mesa, AZ 85205. Phone No. - (480) 854-8474. Fax |