# EXHIBIT A

# Select A Case

| | | |
|---|---|---|
| 1:06-cr-00347-HHK | USA v. MEADE | filed 12/01/06 |
| 1:06-cr-00347-HHK-1 | LINDSAY MEADE | filed 12/01/06 |
| 1:06-cv-02063-RMC | RANKIN v. DISTRICT OF COLUMBIA et al | filed 12/01/06 |
| 1:06-mj-00493-AK | USA v. MANN | filed 12/01/06 |
| 1:06-mj-00493-AK-1 | BRYAN U. MANN | filed 12/01/06 |
| 1:06-mj-00494-AK | USA v. OSUAGWU | filed 12/01/06 |
| 1:06-mj-00494-AK-1 | ADRIANE M. OSUAGWU | filed 12/01/06 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:11:48 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/1/2006 Filed To: 12/1/2006 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cv-02064-RWR | AMERICA'S HEALTH CHOICE MEDICAL PLANS, INC. v. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES | filed 12/04/06 | closed 06/20/07 |
| 1:06-cv-02065-RMU | STREEPER v. JOHNSON | filed 12/04/06 | |
| 1:06-cv-02066-UNA | BANKS v. ONE HUNDRED OR MORE UNKNOWN NAMED FEDERAL AGENTS et al | filed 12/04/06 | closed 12/04/06 |
| 1:06-cv-02067-UNA | PINKARD v. BUSH | filed 12/04/06 | closed 12/04/06 |
| 1:06-cv-02068-GK | FOCUS ENTERPRISES, INC. v. ZASSI MEDICAL EVOLUTIONS, INC. | filed 12/04/06 | closed 05/31/07 |
| 1:06-cv-02069-RMU | CARPENTERS LABOR-MANAGEMENT PENSION FUND et al v. FREEMAN-CARDER LLC | filed 12/04/06 | closed 08/02/07 |
| 1:06-cv-02070-UNA | PINKARD v. FEDERAL AVIATION ADMINISTRATION | filed 12/04/06 | closed 12/04/06 |
| 1:06-cv-02071-UNA | PINKARD v. RICE | filed 12/04/06 | closed 12/04/06 |
| 1:06-cv-02072-RWR | UNITED STATES OF AMERICA v. ONE 1999 BMW 528I, VIN WBADM6345XGU00786 WITH ALL APPURTENANCES AND ATTACHMENTS THEREON | filed 12/04/06 | closed 04/03/07 |
| 1:06-cv- | | | |

| | | | |
|---|---|---|---|
| 02073-RWR | NATIONAL ECONOMIC RESEARCH ASSOCIATES, INC. v. SMITHFIELD FOODS, INC. | filed 12/04/06 | closed 12/08/06 |
| 1:06-cv-02074-RWR | GINARTE v. RICE | filed 12/04/06 | closed 07/23/07 |
| 1:06-cv-02075-HHK | GINARTE v. CHERTOFF | filed 12/04/06 | closed 10/17/07 |
| 1:06-cv-02076-CKK | WILLIAMS v. JOHNSON et al | filed 12/04/06 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:15:33 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/4/2006 Filed To: 12/4/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cr-00348-JR | USA v. HACKETT | filed 12/05/06 | |
| 1:06-cr-00348-JR-1 | SHANEL L. HACKETT | filed 12/05/06 | |
| 1:06-cv-02077-TFH | RECENT PAST PRESERVATION NETWORK et al v. LATSCHAR et al | filed 12/05/06 | |
| 1:06-cv-02078-JDB | NATIONAL SHOPMEN PENSION FUND et al v. PRINCE | filed 12/05/06 | closed 02/15/07 |
| 1:06-cv-02079-CKK | HARRIS v. SMITH | filed 12/05/06 | closed 03/05/07 |
| 1:06-cv-02080-JMF | FLYNN et al v. RECON REFRACTORY & CONSTRUCTION, INC. | filed 12/05/06 | |
| 1:06-mc-00542-GK | FEDERAL TRADE COMMISSION v. STEFANCHIK | filed 12/05/06 | closed 03/13/07 |
| 1:06-mj-00496-JMF | USA v. THIRTEEN PIECES OF FIRST-CLASS MAIL ADDRESSED TO 929 18TH STREET, N.W., #1149, WASHINGTON, D.C. 20009 | filed 12/05/06 | |
| 1:06-mj-00496-JMF-1 | THIRTEEN PIECES OF FIRST-CLASS MAIL ADDRESSED TO 929 18TH STREET, N.W., #1149, WASHINGTON, D.C. 20009 | filed 12/05/06 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:16:46 | | | |
| PACER Login: | ks1121 | Client Code: | 777777 |
| | | Search | Filed From: 12/5/2006 Filed |

| | | | |
|---|---|---|---|
| **Description:** | Search | **Criteria:** | To: 12/5/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cr-00349-JDB | USA v. MAIRENA | filed 12/06/06 | |
| 1:06-cr-00349-JDB-1 | DOUG MAIRENA | filed 12/06/06 | |
| 1:06-cr-00350-CKK | USA v. JOSEPH | filed 12/06/06 | |
| 1:06-cr-00350-CKK-1 | FANEL JOSEPH | filed 12/06/06 | |
| 1:06-cv-02082-EGS | CHANDLER v. BERNANKE | filed 12/06/06 | |
| 1:06-mj-00498-JMF | USA v. BROWN | filed 12/06/06 | |
| 1:06-mj-00498-JMF-1 | GLENN E. BROWN | filed 12/06/06 | |
| 1:06-mj-00501-JMF | USA v. DEGROAT | filed 12/06/06 | closed 04/10/07 |
| 1:06-mj-00501-JMF-1 | ADAM DEGROAT | filed 12/06/06 | closed 04/10/07 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/27/2007 09:17:27 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/6/2006 Filed To: 12/6/2006 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cr-00352-JDB | USA v. HACKNEY | filed 12/07/06 | |
| 1:06-cr-00352-JDB-1 | DAVID HACKNEY | filed 12/07/06 | |
| 1:06-cv-02083-GK | SAINT MARY'S HOSPITAL v. LEAVITT | filed 12/07/06 | |
| 1:06-cv-02084-RWR | WALGREEN CO. et al v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 12/07/06 | |
| 1:06-cv-02085-RWR | LUNA v. GONZALES et al | filed 12/07/06 | closed 02/21/07 |
| 1:06-cv-02086-HHK | CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON v. SPELLINGS et al | filed 12/07/06 | |
| 1:06-cv-02087-RWR | AMAEFULE v. EXXONMOBIL OIL CORPORATION | filed 12/07/06 | |
| 1:06-cv-02103-ESH | DOE et al v. DISTRICT OF COLUMBIA et al | filed 12/07/06 | closed 12/18/06 |
| 1:06-mj-00499-JMF | USA v. ROSELES | filed 12/07/06 | |
| 1:06-mj-00499-JMF-1 | FERNANDO ROSELES | filed 12/07/06 | |
| 1:06-mj-00500-JMF | USA v. 2321 SHANNON PLACE SE WASHINGTON, DC , 20020 | filed 12/07/06 | |
| 1:06-mj-00500-JMF-1 | 2321 SHANNON PLACE SE WASHINGTON, DC , 20020 | filed 12/07/06 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:18:09 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/7/2006 Filed To: 12/7/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cv-02088-RWR | ROUSE v. SPRINGER | filed 12/08/06 | |
| 1:06-cv-02089-RWR | RITE AID CORPORATION et al v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 12/08/06 | |
| 1:06-cv-02090-EGS | VENTURA et al v. PROVIDENCE HOSPITAL | filed 12/08/06 | |
| 1:06-mc-00545-RWR | XCALIBUR INTERNATIONAL LIMITED LLC v. FOTI | filed 12/08/06 | closed 05/07/07 |
| 1:06-mj-00502-JMF | USA v. SMITH | filed 12/08/06 | |
| 1:06-mj-00502-JMF-1 | QUENTIN SMITH | filed 12/08/06 | |
| 1:06-mj-00503-JMF | USA v. WHITE CARD BOARD BOX SEALED IN CLEAR PLASTIC BAG | filed 12/08/06 | |
| 1:06-mj-00503-JMF-1 | WHITE CARD BOARD BOX SEALED IN CLEAR PLASTIC BAG | filed 12/08/06 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:18:55 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/8/2006 Filed To: 12/8/2006 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cv-02091-UNA | PINKARD v. BLOOMBERG | filed 12/11/06 | closed 12/11/06 |
| 1:06-cv-02092-UNA | PINKARD v. FEDERAL COMMUNICATION COMMISSION | filed 12/11/06 | closed 12/11/06 |
| 1:06-cv-02093-UNA | PINKARD v. NATIONAL AERONAUTICS & SPACE ADMINISTRATION | filed 12/11/06 | closed 12/11/06 |
| 1:06-cv-02094-UNA | PINKARD v. CHENEY | filed 12/11/06 | closed 12/11/06 |
| 1:06-cv-02095-UNA | PINKARD v. THE UNITED STATES GOVERNMENT | filed 12/11/06 | closed 12/11/06 |
| 1:06-cv-02096-UNA | HURT v. U.S. DISRTICT COURT JUDGES et al | filed 12/11/06 | closed 12/11/06 |
| 1:06-cv-02097-UNA | HURT v. U.S. COURT OF APPEALS for the D.C. CIRCUIT et al | filed 12/11/06 | closed 12/11/06 |
| 1:06-cv-02098-RBW | STRINGER v. PAULSON et al | filed 12/11/06 | |
| 1:06-cv-02099-EGS | CAMENISCH v. MCGREEVY | filed 12/11/06 | closed 06/06/07 |
| 1:06-cv-02100-RMU | AWOFALA v. CARELL | filed 12/11/06 | |

| | | | |
|---|---|---|---|
| 1:06-cv-02101-RBW | WELLS v. KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC. | filed 12/11/06 | closed 08/21/07 |
| 1:06-cv-02102-RJL | BYRUM v. WINTER | filed 12/11/06 | |
| 1:06-cv-02104-RMU | SENATE ASPHALT v. HARKINS BUILDERS INC et al | filed 12/11/06 | closed 01/12/07 |
| 1:06-cv-02108-EGS | COOK v. FEDERAL BUREAU OF PRISONS | filed 12/11/06 | closed 02/01/07 |
| 1:06-cv-02112-RCL | INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND v. ALLIED PAINTING, INC. | filed 12/11/06 | closed 10/01/07 |
| 1:06-cv-02113-GK | LINK v. UNITED STATES | filed 12/11/06 | |
| 1:06-mj-00505-JMF | USA v. LONG | filed 12/11/06 | |
| 1:06-mj-00505-JMF-1 | ADAM LONG | filed 12/11/06 | |
| 1:06-mj-00506-JMF | USA v. ELLIS | filed 12/11/06 | |
| 1:06-mj-00506-JMF-1 | WILLIAM DELANO ELLIS, JR. | filed 12/11/06 | |
| 1:06-mj-00507-JMF | USA v. DELL LAPTOP COMPUTER SERIAL NUMBER JS9Z1B1/43068668509 | filed 12/11/06 | |
| 1:06-mj-00507-JMF-1 | DELL LAPTOP COMPUTER SERIAL NUMBER JS9Z1B1/43068668509 | filed 12/11/06 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:19:58 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/11/2006 Filed To: 12/11/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cr-00355-HHK | USA v. GARDELLINI | filed 12/12/06 | |
| 1:06-cr-00355-HHK-1 | GUS GARDELLINI | filed 12/12/06 | |
| 1:06-cv-02105-PLF | DISTRICT OF COLUMBIA v. ABRAMSON et al | filed 12/12/06 | closed 11/26/07 |
| 1:06-cv-02106-CKK | SECURITIES AND EXCHANGE COMMISSION v. LLOYD et al | filed 12/12/06 | closed 12/15/06 |
| 1:06-cv-02107-RWR | UNITED STATES OF AMERICA v. HARRISON | filed 12/12/06 | |
| 1:06-cv-02109-HHK | BANKS et al v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | filed 12/12/06 | |
| 1:06-cv-02110-RJL | SEALIFT INC v. REILLY et al | filed 12/12/06 | closed 05/23/07 |
| 1:06-cv-02111-RJL | FANNIE MAE v. KPMG LLP | filed 12/12/06 | |
| 1:06-cv-02114-JDB | REDDY v. O'CONNOR et al | filed 12/12/06 | closed 10/24/07 |
| 1:06-mc-00562-UNA | UNITED STATES OF AMERICA v. AMIT CAPITAL LTD. | filed 12/12/06 | |

| | | |
|---|---|---|
| 1:06-mj-00508-JMF | USA v. THE PREMISES OF A (INTERIOR AND EXTERIOR) GREEN FORD ESCORT, TEMPORARY TAG Z88940 VIN (1FARP15JORW163046) AND A LAPTOP COMPUTER, PRINTER AND SCANNER | filed 12/12/06 |
| 1:06-mj-00508-JMF-1 | THE PREMISES OF A (INTERIOR AND EXTERIOR) GREEN FORD ESCORT, TEMPORARY TAG Z88940 VIN (1FARP15JORW163046) AND A LAPTOP COMPUTER, PRINTER AND SCANNER | filed 12/12/06 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:21:08 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/12/2006 Filed To: 12/12/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cr-00356-RCL | USA v. CAMPBELL | filed 12/13/06 | |
| 1:06-cr-00356-RCL-1 | MARCIA CAMPBELL | filed 12/13/06 | |
| 1:06-cr-00357-CKK | USA v. MOHAMMED | filed 12/13/06 | |
| 1:06-cr-00357-CKK-1 | KHAN MOHAMMED | filed 12/13/06 | |
| 1:06-cv-02115-GK | FOREST GUARDIANS et al v. KEMPTHORNE et al | filed 12/13/06 | closed 07/30/07 |
| 1:06-cv-02116-RMC | DENNEMEYER & CO., LLC v. SCHROEDER | filed 12/13/06 | closed 03/27/07 |
| 1:06-cv-02118-RMU | BOUKNIGHT v. D.C. FIRE AND EMS DEPARTMENT et al | filed 12/13/06 | |
| 1:06-cv-02121-CKK | W.R et al v. DISTRICT OF COLUMBIA et al | filed 12/13/06 | |
| 1:06-mj-00509-JMF | USA v. OFFICES OF DOORS OF HOPE 1328 SOUTHERN AVENUE, S.E., 1ST FLOOR WASHINGTON, DC 20032 | filed 12/13/06 | |
| 1:06-mj-00509-JMF-1 | OFFICES OF DOORS OF HOPE 1328 SOUTHERN AVENUE, S.E., 1ST FLOOR WASHINGTON, DC 20032 | filed 12/13/06 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:21:58 | | | |
| PACER | ks1121 | Client Code: | 777777 |

| | | | |
|---|---|---|---|
| **Login:** | | | |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/13/2006 Filed To: 12/13/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cr-00358-GK | USA v. UNACHUKWU | filed 12/14/06 | |
| 1:06-cr-00358-GK-1 | CHIEDOZIE F. UNACHUKWU | filed 12/14/06 | |
| 1:06-cr-00359-RMC | USA v. WEST | filed 12/14/06 | |
| 1:06-cr-00359-RMC-1 | COURTNEY WEST | filed 12/14/06 | |
| 1:06-cr-00361-JR | USA v. MOLINA | filed 12/14/06 | |
| 1:06-cr-00361-JR-1 | ANTONIO MOLINA | filed 12/14/06 | |
| 1:06-cv-02117-JR | M.L. et al v. GOVERNMENT OF THE DISTRICT OF COLUMBIA | filed 12/14/06 | closed 06/21/07 |
| 1:06-cv-02119-RCL | CENTER FOR BIOLOGICAL DIVERSITY v. KEMPTHORNE et al | filed 12/14/06 | closed 08/20/07 |
| 1:06-cv-02120-HHK | CARY et al v. HALL et al | filed 12/14/06 | |
| 1:06-cv-02122-GK | PARALYZED VETERANS OF AMERICA et al v. SHK MANAGEMENT, INC., A PENNSYLVANIA CORPORATION, et al | filed 12/14/06 | closed 08/16/07 |
| 1:06-cv-02124-RWR | FRIEDMAN v. U.S. SECRET SERVICE | filed 12/14/06 | closed 01/17/07 |
| 1:06-cv- | | | |

| | | | |
|---|---|---|---|
| 02125-RWR | FRIEDMAN v. U.S. SECRET SERVICE | filed 12/14/06 | |
| 1:06-cv-02126-UNA | MICHAU v. JONES et al | filed 12/14/06 | closed 12/14/06 |
| 1:06-cv-02127-UNA | DASISA v. HOWARD UNIVERSITY | filed 12/14/06 | closed 01/09/07 |
| 1:06-cv-02128-RCL | BRIDGEFORTH v. BRONSON et al | filed 12/14/06 | |
| 1:06-cv-02129-TFH | BRADLEY v. JOHANNS | filed 12/14/06 | |
| 1:06-cv-02130-RMC | MOORE-EDWARDS v. EDWARDS | filed 12/14/06 | closed 02/22/07 |
| 1:06-cv-02131-RMC | DOE et al v. VON ESCHENBACH et al | filed 12/14/06 | |
| 1:06-cv-02132-RCL | METSKER v. UNITED STATES | filed 12/14/06 | closed 05/09/07 |
| 1:06-cv-02133-CKK | MONTGOMERY v. U.S. PAROLE COMMISSION et al | filed 12/14/06 | closed 04/26/07 |
| 1:06-cv-02134-JDB | ELLIOTT v. UNITED STATES POSTAL SERVICE | filed 12/14/06 | closed 05/30/07 |
| 1:06-cv-02135-CKK | BAKER v. CAULFIELD | filed 12/14/06 | closed 06/28/07 |
| 1:06-cv-02136-HHK | MARSHALL v. FEDERAL BUREAU OF PRISONS et al | filed 12/14/06 | closed 10/30/07 |

| | | | |
|---|---|---|---|
| 1:06-cv-02137-HHK | BOULWARE v. FEDERAL BUREAU OF PRISONS et al | filed 12/14/06 | closed 10/29/07 |
| 1:06-cv-02138-GK | DAVIS v. SMITH | filed 12/14/06 | closed 06/29/07 |
| 1:06-cv-02139-RCL | JAGNANDAN v. COMMISSIONER OF SOCIAL SECURITY | filed 12/14/06 | closed 11/13/07 |
| 1:06-cv-02140-PLF | CEASAR v. CBS HEADQUARTERS COMPANY et al | filed 12/14/06 | |
| 1:06-cv-02141-UNA | HURT v. D.C. COUNCIL | filed 12/14/06 | closed 12/14/06 |
| 1:06-cv-02142-UNA | DASISA v. HOWARD UNIVERSITY | filed 12/14/06 | closed 12/14/06 |
| 1:06-cv-02203-ESH-AK | DOE et al v. DISTRICT OF COLUMBIA et al | filed 12/14/06 | |
| 1:06-mj-00510-JMF | USA v. 3125 E STREET, SE, WASHINGTON, DC | filed 12/14/06 | |
| 1:06-mj-00510-JMF-1 | 3125 E STREET, SE, WASHINGTON, DC | filed 12/14/06 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:22:45 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/14/2006 Filed To: 12/14/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cr-00364-CKK | USA v. LUNDY | filed 12/15/06 | |
| 1:06-cr-00364-CKK-1 | CAMILLE DENISE LUNDY | filed 12/15/06 | |
| 1:06-cv-02143-RBW | VILA v. INTER-AMERICAN INVESTMENT CORPORATION | filed 12/15/06 | |
| 1:06-cv-02144-RCL | BAILEY v. MUTUAL OF OMAHA INSURANCE COMPANY et al | filed 12/15/06 | |
| 1:06-cv-02145-RMU | ADAMS NATIONAL BANK v. SHAHPARAST | filed 12/15/06 | closed 04/05/07 |
| 1:06-cv-02146-TFH | DOUGHERTY v. WYNNE | filed 12/15/06 | |
| 1:06-cv-02147-JDB | FULLER v. WINTER | filed 12/15/06 | |
| 1:06-mj-00511-JMF | USA v. AUSTIN | filed 12/15/06 | |
| 1:06-mj-00511-JMF-1 | JAMES ANTHONY AUSTIN | filed 12/15/06 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:23:38 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/15/2006 Filed To: 12/15/2006 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cv-02148-RWR | BALTIERRA v. UNITED STATES DEPARTMENT OF STATE et al | filed 12/18/06 | closed 07/16/07 |
| 1:06-cv-02149-CKK | WASHINGTON v. CHAO | filed 12/18/06 | |
| 1:06-cv-02150-RCL | NATIONAL ASSOCIATION OF TICKET BROKERS v. GIRGENTI | filed 12/18/06 | closed 02/01/07 |
| 1:06-cv-02155-RWR | MEIJER, INC. et al v. ASTRAZENECA PHARMACEUTICALS L.P. et al | filed 12/18/06 | |
| 1:06-mj-00512-JMF | USA v. WILLIAMS | filed 12/18/06 | |
| 1:06-mj-00512-JMF-1 | STEPHANY WILLIAMS | filed 12/18/06 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:24:09 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/18/2006 Filed To: 12/18/2006 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cr-00365-EGS | USA v. FUNCHES | filed 12/19/06 | |
| 1:06-cr-00365-EGS-1 | KEVIN FUNCHES | filed 12/19/06 | |
| 1:06-cr-00366-RBW | USA v. SEEGERS et al | filed 12/19/06 | |
| 1:06-cr-00366-RBW-1 | RODRIGUEZ SEEGERS | filed 12/19/06 | |
| 1:06-cr-00366-RBW-2 | REGINALD BIZZELL | filed 12/19/06 | |
| 1:06-cr-00367-RMC | USA v. MCDUFFIE | filed 12/19/06 | |
| 1:06-cr-00367-RMC-1 | ALONZO MCDUFFIE | filed 12/19/06 | |
| 1:06-cr-00368-RJL | USA v. AUSTIN | filed 12/19/06 | |
| 1:06-cr-00368-RJL-1 | JAMES ANTHONY AUSTIN | filed 12/19/06 | |
| 1:06-cv-02151-RMC | CENTER FOR BIOLOGICAL DIVERSITY v. KEMPTHORNE et al | filed 12/19/06 | closed 04/11/07 |
| 1:06-cv-02152-EGS | MOORHOUSE et al v. UNITED STATES | filed 12/19/06 | closed 05/16/07 |

| | | | |
|---|---|---|---|
| 1:06-cv-02153-RCL | WILLIAMS v. U.S. HOUSE OF REPRESENTATIVES | filed 12/19/06 | |
| 1:06-cv-02154-RBW | ELECTRONIC FRONTIER FOUNDATION v. DEPARTMENT OF HOMELAND SECURITY | filed 12/19/06 | |
| 1:06-cv-02156-RBW | AARON v. NICHOLSON | filed 12/19/06 | closed 07/26/07 |
| 1:06-cv-02157-RWR | LOUISIANA WHOLESALE DRUG CO., INC. v. ASTRAZENECA PHARMACEUTICALS L.P. et al | filed 12/19/06 | |
| 1:06-cv-02167-JDB | INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND v. ALLIED PROFESSIONAL SERVICES, INC. | filed 12/19/06 | closed 04/10/07 |
| 1:06-cv-02168-GK | INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND v. STATELINE GLASS & MIRROR, INC. et al | filed 12/19/06 | closed 07/30/07 |
| 1:06-mc-00558-CKK | | filed 12/19/06 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:24:49 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/19/2006 Filed To: 12/19/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cv-02158-RCL | MARAMJAYA v. UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES | filed 12/20/06 | |
| 1:06-cv-02159-GK | PETROU v. CARROLTON BANK et al | filed 12/20/06 | closed 09/28/07 |
| 1:06-cv-02160-RCL | SECURITIES AND EXCHANGE COMMISSION v. FRIEDMAN, BILLINGS, RAMSEY & CO., INC. et al | filed 12/20/06 | closed 04/23/07 |
| 1:06-cv-02161-JR | MUSKOGEE (CREEK) NATION OF OKLAHOMA v. KEMPTHORNE et al | filed 12/20/06 | |
| 1:06-cv-02162-JR | EASTERN SHAWNEE TRIBE OF OKLAHOMA v. KEMPTHORNE et al | filed 12/20/06 | |
| 1:06-cv-02163-JR | NORTHWESTERN BAND OF SHOSHONE v. KEMPTHORNE et al | filed 12/20/06 | |
| 1:06-cv-02164-JR | RED CLIFF BAND OF LAKE SUPERIOR INDIANS v. KEMPTHORNE et al | filed 12/20/06 | |
| 1:06-cv-02165-RBW | OLANIYI v. UNITED STATES OF AMERICA | filed 12/20/06 | closed 03/13/07 |
| 1:06-cv-02166-RKE | DELAWARE RIVERKEEPER et al v. UNITED STATES ARMY et al | filed 12/20/06 | |
| 1:06-cv-02175-ESH | GILLESPIE v. CAPITOL REPROGRAPHICS, LLC et al | filed 12/20/06 | closed 07/20/07 |
| 1:06-cv-02176-GK | ENVIRONMENTAL DEFENSE et al v. UNITED STATES DEPARTMENT OF TRANSPORTATION et al | filed 12/20/06 | closed 05/18/07 |

| | | | |
|---|---|---|---|
| 1:06-mc-00560-RBW | UNITED STATES OF AMERICA v. LIBBY | filed 12/20/06 | |
| 1:06-mj-00516-JMF | USA v. FOSTER | filed 12/20/06 | closed 02/07/07 |
| 1:06-mj-00516-JMF-1 | ROBERT LEE FOSTER | filed 12/20/06 | closed 02/07/07 |
| 1:06-mj-00524-JMF | USA v. BONNER | filed 12/20/06 | closed 03/16/07 |
| 1:06-mj-00524-JMF-1 | PORTIA BONNER | filed 12/20/06 | closed 03/16/07 |
| 1:07-pt-00344-TFH | USA v. HARPER | filed 12/20/06 | |
| 1:07-pt-00344-TFH-1 | ORLANDO LUWILLIAM HARPER | filed 12/20/06 | |
| 1:07-pt-00345-TFH | USA v. DAVIS | filed 12/20/06 | |
| 1:07-pt-00345-TFH-1 | THOMAS GREGORY DAVIS | filed 12/20/06 | |
| 1:07-pt-00346-TFH | USA v. HARPER | filed 12/20/06 | |
| 1:07-pt-00346-TFH-1 | ORLANDO LUWILLIAM HARPER | filed 12/20/06 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:25:21 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search** | Filed From: 12/20/2006 Filed |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cv-02169-CKK | PARKER v. PAULSON et al | filed 12/21/06 | closed 06/11/07 |
| 1:06-cv-02170-RMU-JMF | HANKERSON et al v. WASHINGTON TEACHERS' UNION, LOCAL 6, AMERICAN FEDERATION OF TEACHERS, AFL-CIO | filed 12/21/06 | |
| 1:06-cv-02171-EGS | HAILE-IYANU v. CENTRAL PARKING SYSTEM OF VIRGINIA, INC. | filed 12/21/06 | |
| 1:06-cv-02172-HHK | UNITED STATES OF AMERICA v. DAIMLERCHRYSLER AG et al | filed 12/21/06 | closed 04/01/07 |
| 1:06-cv-02173-CKK | ALEUTIAN PRIBILOF ISLANDS ASSOCIATION, INC. v. KEMPTHORNE et al | filed 12/21/06 | |
| 1:06-cv-02174-RBW | CHISHOLM v. WICKS | filed 12/21/06 | |
| 1:06-cv-02177-RJL | FANNING v. HIGH MOUNTAIN INSPECTION SERVICES, INC. | filed 12/21/06 | |
| 1:06-cv-02178-RCL | SIMMS v. DISTRICT OF COLUMBIA et al | filed 12/21/06 | |
| 1:06-mc-00561-GK | U.S. COMMODITY FUTURES TRADING COMMISSION v. TAYLOR | filed 12/21/06 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:26:03 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| | | | |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cv-02180-RCL | INVISTA NORTH AMERICA S.A.R.L. v. RHODIA POLYAMIDE INTERMEDIATES S.A.S. | filed 12/22/06 | closed 08/20/07 |
| 1:06-cv-02181-EGS | GEORGE TOWN CLUB AT SUTER'S TAVERN v. SALAMANCA | filed 12/22/06 | closed 04/06/07 |
| 1:06-cv-02182-EGS | TOHUMCU v. HOWARD et al | filed 12/22/06 | closed 07/25/07 |
| 1:06-cv-02183-EGS | CANADA v. SAMSUNG ELECTRONICS CO., LTD. et al | filed 12/22/06 | closed 04/27/07 |
| 1:06-cv-02184-JDB | LEE et al v. MORSE et al | filed 12/22/06 | |
| 1:06-cv-02185-RBW | FLYNN et al v. TERRAZZO & RESILIENT FLOORS, INC. | filed 12/22/06 | closed 07/12/07 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:26:32 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/22/2006 Filed To: 12/22/2006 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cv-02186-UNA | SUMBRY v. DEPARTMENT OF JUSTICE et al | filed 12/26/06 | closed 02/07/07 |
| 1:06-cv-02187-UNA | NICHOLS-HEILIGH v. DISTRICT OF COLUMBIA HOUSING AUTHORITY | filed 12/26/06 | closed 12/26/06 |
| 1:06-cv-02188-UNA | OLEA v. STATE OF ARIZONA et al | filed 12/26/06 | closed 12/26/06 |
| 1:06-cv-02189-UNA | LOWE v. WASHINGTON D.C. | filed 12/26/06 | closed 12/26/06 |
| 1:06-cv-02190-UNA | DASISA v. UNIVERSITY OF DISTRICT OF COLUMBIA BOARD OF TRUSTEE | filed 12/26/06 | closed 12/26/06 |
| 1:06-cv-02191-UNA | BADRUDDOZA v. THE UNITED STATES, et al., | filed 12/26/06 | closed 12/26/06 |
| 1:06-cv-02192-UNA | HILSKA v. SUTER et al | filed 12/26/06 | closed 12/26/06 |
| 1:06-cv-02193-UNA | MUHAMMAD v. CIA AGENT et al | filed 12/26/06 | closed 12/26/06 |
| 1:06-cv-02194-EGS | DELAINE v. NATIONAL PARK SERVICE et al | filed 12/26/06 | closed 05/02/07 |
| 1:06-cv-02195-TFH | GUNDERSEN LUTHERAN MEDICAL CENTER, INC. v. LEAVITT | filed 12/26/06 | |

| | | | |
|---|---|---|---|
| 1:06-cv-02196-UNA | SMITH v. FEDERAL BUREAU OF INVESTIGATION | filed 12/26/06 | closed 03/09/07 |
| 1:06-cv-02197-DAR | SMITH v. UNITED STATES MARSHALS SERVICE | filed 12/26/06 | |
| 1:06-cv-02198-UNA | MCCAIN v. BACON | filed 12/26/06 | closed 12/26/06 |
| 1:06-cv-02199-UNA | SMITH v. BUREAU OF CORRECTIONS | filed 12/26/06 | closed 11/14/07 |
| 1:06-cv-02200-UNA | ABDULLAH v. O'BRIEN et al | filed 12/26/06 | closed 12/26/06 |
| 1:06-cv-02201-EGS | CONSUMERS' CHECKBOOK v. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES et al | filed 12/26/06 | |
| 1:06-cv-02202-RJL | BRUNSILIUS v. UNITED STATES DEPARTMENT OF ENERGY et al | filed 12/26/06 | |
| 1:06-cv-02204-RJL | EL HARIZI v. PARDINAS-OCANA | filed 12/26/06 | closed 03/21/07 |
| 1:06-cv-02205-GK | CHS INDUSTRIES, LLC v. UNITED STATES CUSTOMS AND BORDER PROTECTION et al | filed 12/26/06 | |
| 1:06-cv-02206-JR | PECHANGA BAND OF LUISENO MISSION INDIANS v. KEMPTHORNE et al | filed 12/26/06 | |
| 1:06-cv-02207-CKK | HAYES v. CHAO | filed 12/26/06 | |

| | | | |
|---|---|---|---|
| 1:06-cv-02208-RJL | MURTHY v. JOHANNS | filed 12/26/06 | |
| 1:06-cv-02209-RMC | AL-BANDAR v. BUSH et al | filed 12/26/06 | closed 02/14/07 |
| 1:06-cv-02222-RBW | ISASI v. JONES et al | filed 12/26/06 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/26/2007 15:33:10 | | | |
| **PACER Login:** | ks2560 | **Client Code:** | 332840 0906 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/26/2006 Filed To: 12/26/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cv-02210-RBW | RYBKA v. BMW OF NORTH AMERICA, LLC | filed 12/27/06 | closed 06/14/07 |
| 1:06-cv-02211-RCL | QUINTERO v. GONZALES et al | filed 12/27/06 | closed 06/22/07 |
| 1:06-cv-02212-JR | COLORADO RIVER INDIAN TRIBES v. KEMPTHORNE et al | filed 12/27/06 | |
| 1:06-cv-02213-JR | SNYDER v. LOWERY et al | filed 12/27/06 | |
| 1:06-cv-02214-RCL | SOLOMON v. OFFICE OF THE ARCHITECT OF THE CAPITOL et al | filed 12/27/06 | |
| 1:06-cv-02215-RWR | FIRTH v. JOHANNS | filed 12/27/06 | closed 11/13/07 |
| 1:06-cv-02216-RJL | GINARTE v. MUELLER et al | filed 12/27/06 | |
| 1:06-cv-02217-AK | GUTIERREZ v. RED COATS, INC. | filed 12/27/06 | closed 09/10/07 |
| 1:06-cv-02218-JR | BARCHERS et al v. DISTRICT OF COLUMBIA | filed 12/27/06 | closed 02/28/07 |
| 1:06-cv-02219-RBW | SEIFERT v. WINTER | filed 12/27/06 | |
| 1:06-cv-02220-RWR | URBAN HEALTH CARE COALITION et al v. LEAVITT | filed 12/27/06 | |

| PACER Service Center |
|---|
| Transaction Receipt |
| 11/26/2007 15:33:54 |

| | | | |
|---|---|---|---|
| **PACER Login:** | ks2560 | **Client Code:** | 332840 0906 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/27/2006 Filed To: 12/27/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | |
|---|---|---|
| 1:06-cv-02221-UNA | ARMSTRONG v. LAPPIN | filed 12/28/06 closed 12/28/06 |
| 1:06-cv-02223-UNA | PINKARD v. UNITED STATES GOVERNMENT | filed 12/28/06 closed 12/28/06 |
| 1:06-cv-02224-UNA | PINKARD v. RICE | filed 12/28/06 closed 12/28/06 |
| 1:06-cv-02225-UNA | PINKARD v. UNITED STATES GOVERNMENT | filed 12/28/06 closed 12/28/06 |
| 1:06-cv-02226-UNA | WEEMS v. JOHN et al | filed 12/28/06 closed 12/28/06 |
| 1:06-cv-02227-RBW-DAR | HOEHNE v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | filed 12/28/06 |
| 1:06-cv-02228-UNA | TRONNIER v. STATE OF ARIZONA et al | filed 12/28/06 closed 11/14/07 |
| 1:06-cv-02229-UNA | OBI v. LOWE et al | filed 12/28/06 closed 12/28/06 |
| 1:06-cv-02230-JMF | LEE v. UNITED STATES OF AMERICA | filed 12/28/06 |
| 1:06-cv-02231-UNA | RHETT v. CHILD SUPPORT TAX OFFSET UNIT et al | filed 12/28/06 closed 12/28/06 |
| 1:06-cv-02232-RMU | L.S. et al v. GOVERNMENT OF THE DISTRICT OF COLUMBIA | filed 12/28/06 closed 06/11/07 |
| 1:06-cv-02233-UNA | WOODRUFF v. LAPPIN | filed 12/28/06 closed 12/28/06 |

| | | | |
|---|---|---|---|
| 1:06-cv-02234-RCL | CARNEY HOSPITAL TRANSITIONAL CARE UNIT v. LEAVITT | filed 12/28/06 | |
| 1:06-cv-02235-JR | WASHINGTON NATIONALS FOUNDATION v. HANEY | filed 12/28/06 | closed 07/16/07 |
| 1:06-cv-02236-JR | TOHONO O'ODHAM NATION v. KEMPTHORNE et al | filed 12/28/06 | |
| 1:06-cv-02237-RMU | NA'IM v. RICE | filed 12/28/06 | |
| 1:06-cv-02239-JR | NEZ PERCE TRIBE et al v. KEMPTHORNE et al | filed 12/28/06 | |
| 1:06-mc-00563-RWR | UNITED STATES OF AMERICA et al v. BALL | filed 12/28/06 | |
| 1:06-mj-00519-JMF | USA v. 2400 16TH STREET, N.W. APT.319 WASHINGTON, D.C. | filed 12/28/06 | |
| 1:06-mj-00519-JMF-1 | 2400 16TH STREET, N.W. APT.319 WASHINGTON, D.C. | filed 12/28/06 | |
| 1:06-mj-00523-JMF | USA v. COCKERHAM | filed 12/28/06 | |
| 1:06-mj-00523-JMF-1 | JOHN COCKERHAM | filed 12/28/06 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/26/2007 15:31:05 | | | |
| **PACER Login:** | ks2560 | **Client Code:** | 332840 0906 |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/28/2006 Filed To: 12/28/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cv-02240-JR | PASSAMAQUODDY TRIBE OF MAINE v. KEMPTHORNE et al | filed 12/29/06 | |
| 1:06-cv-02241-JR | SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY v. KEMPTHORNE et al | filed 12/29/06 | |
| 1:06-cv-02242-JR | COEUR D' ALENE TRIBE v. KEMPTHORNE et al | filed 12/29/06 | |
| 1:06-cv-02243-HHK | WEBB v. LAPPIN et al | filed 12/29/06 | closed 10/24/07 |
| 1:06-cv-02244-RJL | VERNER v. OFFICE OF PERSONNEL MANAGEMENT et al | filed 12/29/06 | closed 06/25/07 |
| 1:06-cv-02245-JR | AK-CHIN INDIAN COMMUNITY v. KEMPTHORNE et al | filed 12/29/06 | |
| 1:06-cv-02246-CKK | GRIFFIN v. COASTAL INTERNATIONAL SECURITY INC. | filed 12/29/06 | |
| 1:06-cv-02247-JR | SOKAOGON CHIPPEWA COMMUNITY v. KEMPTHORNE et al | filed 12/29/06 | |
| 1:06-cv-02248-RWR | WATSON v. UNITED STATES DEPARTMENT OF JUSTICE | filed 12/29/06 | closed 09/24/07 |
| 1:06-cv-02249-JR | GILA RIVER INDIAN COMMUNITY v. KEMPTHORNE et al | filed 12/29/06 | |
| 1:06-cv-02250-JR | NORTHERN CHEYENNE TRIBE OF INDIANS v. KEMPTHORNE et al | filed 12/29/06 | |
| 1:06-cv-02251-RWR-AK | MATERIA v. CHAO | filed 12/29/06 | |

| | | | |
|---|---|---|---|
| 1:06-cv-02252-RJL | SWEENEY v. J.D. LONG MASONRY, INC. | filed 12/29/06 | |
| 1:06-cv-02253-RCL | PALIOTTO v. JOHNNY ROCKETS GROUP, INC. | filed 12/29/06 | |
| 1:06-cv-02254-JR | HAUDENOSAUNEE et al v. KEMPTHORNE et al | filed 12/29/06 | |
| 1:06-cv-02255-RMC | COLEMAN v. LAPPIN et al | filed 12/29/06 | |
| 1:06-cv-02256-RJL | WILLS v. SMITH | filed 12/29/06 | |
| 1:06-cv-02257-CKK | HARRIS v. GOINS | filed 12/29/06 | |
| 1:06-cv-02258-RMU | HARLEY v. U.S. PAROLE COMMISSION | filed 12/29/06 | |
| 1:06-cv-02259-UNA | STAMPS v. SECRETARY OF TREASURY | filed 12/29/06 | closed 12/29/06 |
| 1:06-cv-02260-RWR | BEYNUM v. CLAY et al | filed 12/29/06 | |
| 1:06-cv-02261-RWR | RUFFIN v. DEPARTMENT OF YOUTH REHABILITATION SERVICES et al | filed 12/29/06 | closed 04/13/07 |
| 1:06-cv-02262-RJL | WILSON-GREENE v. DEPARTMENT OF YOUTH REHABILITATION SERVICES et al | filed 12/29/06 | closed 08/22/07 |
| 1:06-cv-02263-RWR | CRUZ-PACKER v. DEPARTMENT OF YOUTH REHABILITATION SERVICES et al | filed 12/29/06 | |
| 1:06-cv-02264-GK | DAVIS v. DEPARTMENT OF YOUTH REHABILITATION SERVICES et al | filed 12/29/06 | closed 03/22/07 |

| | | | |
|---|---|---|---|
| 1:06-cv-02265-RMU | CARVAJAL v. DRUG ENFORCEMENT AGENCY et al | filed 12/29/06 | |
| 1:06-cv-02266-HHK | WILLIAMS FUND PRIVATE EQUITY GROUP, INC. v. ENGEL | filed 12/29/06 | closed 11/07/07 |
| 1:06-cv-02267-RMU | ROY et al v. GOVERNMENT OF THE DISTRICT OF COLUMBIA | filed 12/29/06 | closed 06/13/07 |
| 1:06-cv-02268-JDB | BEAIRD et al v. GONZALES et al | filed 12/29/06 | closed 07/19/07 |
| 1:06-cv-02269-ESH | FALCK et al v. INTERNAL REVENUE SERVICE et al | filed 12/29/06 | closed 06/14/07 |
| 1:06-mc-00566-CKK | HUSSEIN | filed 12/29/06 | |
| 1:07-mc-00010-GK | MUHAMMAD v. CIA AGENT et al. | filed 12/29/06 | |

**PACER Service Center**

**Transaction Receipt**

11/15/2007 16:00:05

| | | | |
|---|---|---|---|
| **PACER Login:** | ps0067 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Filed From: 12/29/2006 Filed To: 12/29/2006 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |