# EXHIBIT B

# Select A Case

| | | | |
|---|---|---|---|
| 1:06-cv-02238-RBW | MICKLE vs. BRECKINRIDGE ET AL | filed 01/03/07 | closed 08/03/07 |
| 1:07-cr-00001-CKK | USA v. MERKES | filed 01/03/07 | |
| 1:07-cr-00001-CKK-1 | STEVEN M. MERKES | filed 01/03/07 | |
| 1:07-cv-00002-ESH | VANCE v. CHAO | filed 01/03/07 | |
| 1:07-cv-00003-PLF | AMERICAN POSTAL WORKERS UNION, AFL-CIO v. NATIONAL POSTAL MAIL HANDLERS UNION et al | filed 01/03/07 | closed 06/07/07 |
| 1:07-cv-00004-PLF | JONES v. WHITE et al | filed 01/03/07 | closed 05/30/07 |
| 1:07-cv-00005-RMU | ROBINSON v. DISTRICT OF COLUMBIA et al | filed 01/03/07 | |
| 1:07-cv-00006-CKK | SIOUX NATION OF INDIANS et al v. UNITED STATES OF AMERICA et al | filed 01/03/07 | closed 01/19/07 |
| 1:07-cv-00019-RBW | RUIZ RIVERA v. GONZALES et al | filed 01/03/07 | |
| 1:07-cv-00020-JDB | LYKENS v. UNITED STATES | filed 01/03/07 | |

| PACER Service Center |
|---|
| Transaction Receipt |
| 11/27/2007 09:39:22 |

| | | | |
|---|---|---|---|
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/3/2007 Filed To: 1/3/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cr-00002-RWR | USA v. HERNANDES | filed 01/04/07 | |
| 1:07-cr-00002-RWR-1 | LUIS ANTONIO HERNANDES | filed 01/04/07 | |
| 1:07-cv-00007-PLF | BEST v. UNITED STATES OF AMERICA | filed 01/04/07 | |
| 1:07-cv-00008-RCL | SECURITIES AND EXCHANGE COMMISSION v. SPIEGEL | filed 01/04/07 | closed 04/23/07 |
| 1:07-cv-00009-RCL | SZLEMKO v. WEBB | filed 01/04/07 | closed 08/10/07 |
| 1:07-cv-00010-CKK | HAWKINS v. GONZALES | filed 01/04/07 | |
| 1:07-cv-00011-RMC | CASCINA CA DE LUPIS, S.R.L. v. VINI, INC. et al | filed 01/04/07 | closed 05/14/07 |
| 1:07-cv-00012-JR | CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON v. OFFICE OF MANAGEMENT AND BUDGET | filed 01/04/07 | closed 06/07/07 |
| 1:07-cv-00013-RJL | GRAY v. DISTRICT OF COLUMBIA | filed 01/04/07 | |
| 1:07-cv-00014-RMU | MONET v. MATTHEWS et al | filed 01/04/07 | |
| 1:07-cv-00015-JDB | SMITH v. ENVIRONMENT NATURAL RESOURCES DIVISION | filed 01/04/07 | closed 11/21/07 |
| 1:07-cv-00016-RMC | MCALISTER v. POTTER | filed 01/04/07 | |

| | | | |
|---|---|---|---|
| 1:07-cv-00017-UNA | SANDERS v. J. E. WINGFIELD & ASSOCIATES,P. C. et al | filed 01/04/07 | closed 01/04/07 |
| 1:07-cv-00018-HHK | CARROLL et al v. ANYLOAN COMPANY et al | filed 01/04/07 | |
| 1:07-cv-00022-RBW | PRATER v. FEDEX CORPORATE SERVICES INC | filed 01/04/07 | |
| 1:07-cv-00023-RMU | HUBBARD v. UNITED STATES OF AMERICA et al | filed 01/04/07 | |
| 1:07-cv-00024-RMC | NFC CHARITABLE TRUST v. UNITED STATES OF AMERICA et al | filed 01/04/07 | closed 05/04/07 |
| 1:07-cv-00033-RWR-DAR | CAMPBELL v. TURRI | filed 01/04/07 | |
| 1:07-mc-00002-RBW | v. ABC, INC. et al | filed 01/04/07 | |
| 1:07-mj-00002-DAR | USA v. BAILEY | filed 01/04/07 | |
| 1:07-mj-00002-DAR-1 | WARREN VANN BAILEY | filed 01/04/07 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:40:01 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/4/2007 Filed To: 1/4/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cr-00003-RCL | USA v. DUCKETT | filed 01/05/07 | |
| 1:07-cr-00003-RCL-1 | LONNELL DAMON DUCKETT | filed 01/05/07 | |
| 1:07-cr-00004-RCL | USA v. GRAY | filed 01/05/07 | |
| 1:07-cr-00004-RCL-2 | LADONNA N. GRAY | filed 01/05/07 | |
| 1:07-cv-00021-RMC | BANKS v. UNITED STATES ATTORNEY GENERAL | filed 01/05/07 | closed 07/31/07 |
| 1:07-cv-00025-RCL | WILSON v. TURRI | filed 01/05/07 | |
| 1:07-cv-00026-RCL | KELLEY-JONES v. JAMES | filed 01/05/07 | |
| 1:07-cv-00027-RCL | STEVENSON v. JAMES | filed 01/05/07 | |
| 1:07-cv-00028-RCL | REYNOLDS v. JAMES | filed 01/05/07 | |
| 1:07-cv-00029-RMU | THOMAS v. SMALL | filed 01/05/07 | |
| 1:07-cv-00030-CKK | HOLLORAN et al v. ELI LILLY AND COMPANY | filed 01/05/07 | closed 05/30/07 |
| 1:07-cv-00031-RWR | MATTHEWS et al v. DISTRICT OF COLUMBIA et al | filed 01/05/07 | |
| 1:07-cv-00032-UNA | HURT v. UNITED NATIONS et al | filed 01/05/07 | closed 01/05/07 |

| | | |
|---|---|---|
| 1:07-cv-00034-RWR | NOVARTIS VACCINES AND DIAGNOSTICS, INC. v. INSTITUT PASTEUR et al | filed 01/05/07 |
| 1:07-cv-00035-RMU | AHRENS et al v. UNITED STATES | filed 01/05/07 |
| 1:07-mc-00003-RWR | UNITED STATES OF AMERICA et al v. SAMUELS | filed 01/05/07 |
| 1:07-mc-00004-RWR | UNITED STATES OF AMERICA et al v. BALL | filed 01/05/07 |
| 1:07-mj-00003-DAR | USA v. 6215 14TH STREET, N.W. WASHINGTON, D.C. | filed 01/05/07 |
| 1:07-mj-00003-DAR-1 | 6215 14TH STREET, N.W. WASHINGTON, D.C. | filed 01/05/07 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/27/2007 09:40:29 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/5/2007 Filed To: 1/5/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cr-00005-RJL | USA v. BROWN | filed 01/08/07 | |
| 1:07-cr-00005-RJL-1 | LATRICE BROWN | filed 01/08/07 | |
| 1:07-cr-00006-RMC | USA v. TAYLOR | filed 01/08/07 | |
| 1:07-cr-00006-RMC-1 | JOHN TAYLOR | filed 01/08/07 | |
| 1:07-cv-00036-RMC | SHARPS v. HARVEY | filed 01/08/07 | closed 06/07/07 |
| 1:07-cv-00037-UNA | HURT v. UNITED STATES OF AMERICA et al | filed 01/08/07 | closed 01/08/07 |
| 1:07-cv-00038-CKK | SECURITIES AND EXCHANGE COMMISSION v. BROWN | filed 01/08/07 | closed 01/11/07 |
| 1:07-cv-00039-UNA | HURT v. CLINTON et al | filed 01/08/07 | closed 01/08/07 |
| 1:07-cv-00040-UNA | HURT v. CLERKS OF THE U.S. COURT OF FEDERAL CLAIMS et al | filed 01/08/07 | closed 01/08/07 |
| 1:07-cv-00041-RWR | BURLINGTON DRUG COMPANY, INC. et al v. ASTRAZENECA PHARMACEUTICALS L.P. et al | filed 01/08/07 | |
| 1:07-cv-00046-EGS | VANDIEST v. DEPARTMENT OF HOMELAND SECURITY | filed 01/08/07 | closed 03/23/07 |
| 1:07-cv-00047-RWR | GRALEY v. UZAN BANK-HUNINGTON | filed 01/08/07 | closed 09/06/07 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:41:19 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/8/2007 Filed To: 1/8/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cr-00007-GK | USA v. DREW | filed 01/09/07 | |
| 1:07-cr-00007-GK-1 | ANDRE DREW | filed 01/09/07 | |
| 1:07-cr-00008-RMU | USA v. MARTIN | filed 01/09/07 | |
| 1:07-cr-00008-RMU-1 | LOUIS H MARTIN | filed 01/09/07 | |
| 1:07-cv-00042-RMC | SYKES v. CHERTOFF | filed 01/09/07 | |
| 1:07-cv-00043-ESH | LABOKE v. GRAFTON CITY HOSPITAL et al | filed 01/09/07 | closed 01/12/07 |
| 1:07-cv-00044-JR | NOWLIN v. FOUR SEASONS HOTELS LIMITED et al | filed 01/09/07 | closed 08/07/07 |
| 1:07-cv-00045-EGS | TOMPKINS BUILDERS, INC. v. ABBA BONDING, INC. et al | filed 01/09/07 | |
| 1:07-mj-00005-DAR | USA v. VINCENT | filed 01/09/07 | |
| 1:07-mj-00005-DAR-1 | GEORGE NOLAND VINCENT | filed 01/09/07 | |
| 1:07-mj-00006-DAR | USA v. ARCHER | filed 01/09/07 | closed 02/07/07 |
| 1:07-mj-00006-DAR-1 | YASHIKA D. ARCHER | filed 01/09/07 | closed 02/07/07 |

| PACER Service Center |
|---|
| Transaction Receipt |
| 11/27/2007 09:41:55 |

| | | | |
|---|---|---|---|
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/9/2007 Filed To: 1/9/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cv-00048-RBW | CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON v. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION | filed 01/10/07 | |
| 1:07-cv-00049-UNA | LOWE v. WASHINGTON, D.C. et al | filed 01/10/07 | closed 01/10/07 |
| 1:07-cv-00050-RMU | GURROLA v. UNITED STATES OF AMERICA | filed 01/10/07 | |
| 1:07-cv-00051-RMU | COHEN v. UNITED STATES OF AMERICA | filed 01/10/07 | |
| 1:07-cv-00052-RBW | GREEN v. AMERICAN UNIVERSITY et al | filed 01/10/07 | |
| 1:07-cv-00053-RWR | UNITY08 et al v. FEDERAL ELECTION COMMISSION | filed 01/10/07 | |
| 1:07-cv-00054-ESH-AK | EVERETT v. INPHONIC, INC. | filed 01/10/07 | |
| 1:07-cv-00055-RWR-JMF | MACCLARENCE v. JOHNSON | filed 01/10/07 | |
| 1:07-cv-00056-RJL | DAVENPORT et al v. UNITED STATES GOVERNMENT | filed 01/10/07 | closed 11/26/07 |
| 1:07-mc-00013-JDB | UNITED STATES OF AMERICA v. BREWSTER | filed 01/10/07 | closed 01/30/07 |

| | | | |
|---|---|---|---|
| 1:07-mc-00014-RMU | IN RE: LONG-DISTANCE TELEPHONE SERVICE FEDERAL EXCISE TAX REFUND LITIGATION - MDL 1798 | filed 01/10/07 | |
| 1:07-mj-00008-DAR | USA v. BROWN | filed 01/10/07 | closed 02/08/07 |
| 1:07-mj-00008-DAR-1 | MUSTAFA BROWN | filed 01/10/07 | closed 02/08/07 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:42:44 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/10/2007 Filed To: 1/10/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cv-00057-RWR | WELCH v. ATKINS et al | filed 01/11/07 | closed 10/26/07 |
| 1:07-cv-00058-JMF | NORMENT SECURITY GROUP, INC. v. PCC CONSTRUCTION COMPONENTS, INC. | filed 01/11/07 | closed 07/09/07 |
| 1:07-cv-00059-PLF | ZEMENCUK v. NOVARTIS PHARMACEUTICALS CORPORATION | filed 01/11/07 | closed 03/20/07 |
| 1:07-cv-00060-JDB | CLARK v. NOVARTIS PHARMACEUTICALS CORPORATION | filed 01/11/07 | closed 03/28/07 |
| 1:07-cv-00061-PLF | STEVENS v. NOVARTIS PHARMACEUTICALS CORPORATION | filed 01/11/07 | closed 03/20/07 |
| 1:07-cv-00062-RWR | DLA PIPER US LLP v. IBOM POWER CO. LTD. et al | filed 01/11/07 | closed 04/17/07 |
| 1:07-cv-00063-RMC | JALLOH v. DISTRICT OF COLUMBIA | filed 01/11/07 | |
| 1:07-mc-00019-TFH | WHITE v. THOMAS SQUARE ASSOCIATES LLC, | filed 01/11/07 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:43:23 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/11/2007 Filed To: 1/11/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cr-00009-RWR | USA v. VILLONGCO | filed 01/12/07 | |
| 1:07-cr-00009-RWR-1 | DAVID VILLONGCO | filed 01/12/07 | |
| 1:07-cr-00010-RMU | USA v. JACKSON | filed 01/12/07 | |
| 1:07-cr-00010-RMU-1 | CARLITA JACKSON | filed 01/12/07 | |
| 1:07-cv-00064-EGS | GILL v. MAYOR OF THE DISTRICT OF COLUMBIA et al | filed 01/12/07 | |
| 1:07-cv-00065-GK | RAMIREZ v. U.S. CUSTOMS AND BORDER PROTECTION et al | filed 01/12/07 | |
| 1:07-cv-00066-RCL | MALDONADO v. LOGLOGIC, INC. | filed 01/12/07 | |
| 1:07-cv-00067-RMU | PENNMONT BENEFIT SERVICES, INC. et al v. INTERNAL REVENUE SERVICE | filed 01/12/07 | |
| 1:07-cv-00068-RMU | LOVE v. GONZALES et al | filed 01/12/07 | closed 04/30/07 |
| 1:07-cv-00069-CKK | THOMAS v. DOE | filed 01/12/07 | |
| 1:07-cv-00070-UNA | JULES v. RANDOM HOUSE, INC. | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00071-HHK | SCALES v. EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS | filed 01/12/07 | |

| | | | |
|---|---|---|---|
| 1:07-cv-00072-UNA | AWALA v. JORDAN et al | filed 01/12/07 | |
| 1:07-cv-00073-UNA | TRUPEI v. UNITED STATES et al | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00074-UNA | MCFARLAND v. MUELLER | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00075-UNA | MUHAMMAD v. MARITZA et al | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00076-UNA | MUHAMMAD v. STAR et al | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00077-UNA | MUHAMMAD v. STAR et al | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00078-UNA | MUHAMMAD v. STAR et al | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00079-UNA | ABAD v. U.S. DEPARTMENT OF JUSTICE | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00080-UNA | CLARKE v. BUSH | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00081-UNA | HURT v. BARNHART et al | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00082-UNA | HURT v. SUPERIOR COURT OF THE D.C. et al | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00083-UNA | HURT v. DISTRICT OF COLUMBIA COURT OF APPEALS | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00084-UNA | HURT v. UNITED STATES COURT OF APPEALS FOR THE DC CIRCUIT EN BANC et al | filed 01/12/07 | closed 01/12/07 |

| | | | |
|---|---|---|---|
| 1:07-cv-00085-UNA | HURT v. CAMPAIGN FINANCE COMMITTEES | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00086-UNA | CANNON v. CLINTON et al | filed 01/12/07 | closed 02/13/07 |
| 1:07-cv-00087-PLF | ARNOLD v. UNITED STATES SECRET SERVICE | filed 01/12/07 | |
| 1:07-cv-00088-UNA | RESPER v. MINER | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00089-UNA | DEMPSEY v. WASHINGTON NATIONALS LERNER ENTERPRISES et al | filed 01/12/07 | closed 01/12/07 |
| 1:07-cv-00090-CKK | HARRIS v. GOINS | filed 01/12/07 | closed 01/25/07 |
| 1:07-cv-00091-RWR | SKINNER v. OFFICE OF INFORMATION AND PRIVACY et al | filed 01/12/07 | closed 08/07/07 |
| 1:07-cv-00092-GK | COMBO v. BLACK ENTERTAINMENT TELEVISION, LLC | filed 01/12/07 | closed 08/01/07 |
| 1:07-cv-00107-RMC | MOORE v. BUSH et al | filed 01/12/07 | |
| 1:07-mc-00020-RJL | HOWARD v. LOCKHART | filed 01/12/07 | closed 06/13/07 |
| 1:07-mj-00009-DAR | USA v. MARTIN | filed 01/12/07 | |
| 1:07-mj-00009-DAR-1 | LOUIS HENRY MARTIN | filed 01/12/07 | |

| PACER Service Center |
|---|
| Transaction Receipt |

# Select A Case

| | | |
|---|---|---|
| 1:07-cr-00011-RCL | USA v. SANTINI | filed 01/16/07 closed 11/14/07 |
| 1:07-cr-00011-RCL-1 | DANIEL C. SANTINI | filed 01/16/07 closed 11/14/07 |
| 1:07-cv-00093-JDB | ELLIOTT v. U.S. DEPARTMENT OF JUSTICE | filed 01/16/07 closed 01/30/07 |
| 1:07-cv-00094-RWR | TOLBERT v. NATIONAL HARMONY MEMORIAL PARK et al | filed 01/16/07 |
| 1:07-cv-00095-UNA | SMITH v. LEE et al | filed 01/16/07 closed 01/16/07 |
| 1:07-cv-00096-UNA | MUHAMMAD v. STAR | filed 01/16/07 closed 01/16/07 |
| 1:07-cv-00097-UNA | MUHAMMAD v. GERACE et al | filed 01/16/07 closed 01/16/07 |
| 1:07-cv-00098-RMU | SCOTT-BLANTON v. UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP et al | filed 01/16/07 |
| 1:07-cv-00099-GK | CHECKA v. RITE AID CORPORATION | filed 01/16/07 |
| 1:07-cv-00100-EGS | DJATE v. DISTRICT OF COLUMBIA et al | filed 01/16/07 |

| | | | |
|---|---|---|---|
| 1:07-cv-00101-RMC | PATTERSON v. KAISER FOUNDATION HEALTH PLAN OF THE MID-ATLANTIC STATES, INC. | filed 01/16/07 | closed 03/22/07 |
| 1:07-cv-00102-RBW | UNITED FOOD AND COMMERCIAL WORKERS UNION LOCAL 880 - RETAIL FOOD EMPLOYERS JOINT PENSION FUND et al v. SUNRISE SENIOR LIVING INC | filed 01/16/07 | |
| 1:07-cv-00103-JDB | LIPSCOMB v. WINTER | filed 01/16/07 | |
| 1:07-cv-00104-RWR-AK | LAWIDJAJA v. WASHINGTON BLADE et al | filed 01/16/07 | |
| 1:07-cv-00105-RCL | A.G.I.A., INC. v. MEDEX ASSISTANCE CORPORATION | filed 01/16/07 | |
| 1:07-cv-00110-RBW | NATIONAL SHOPMEN PENSION FUND et al v. RUSCO STEEL COMPANY et al | filed 01/16/07 | |
| 1:07-cv-00112-JR | MARTINEZ v. GONZALES et al | filed 01/16/07 | closed 07/23/07 |
| 1:07-mc-00033-UNA | UNITED STATES OF AMERICA v. PROSPERITAS INVESTMENT PARTNERS, LP | filed 01/16/07 | |
| 1:07-mj-00011-DAR | USA v. RIGGINS | filed 01/16/07 | |
| 1:07-mj-00011-DAR-1 | WAYNE P. RIGGINS | filed 01/16/07 | |

| PACER Service Center |
|---|
| Transaction Receipt |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cv-00106-CKK | DIER et al vs. MADACHY et al | filed 01/17/07 | closed 02/21/07 |
| 1:07-cv-00108-PLF | PEARSALL v. GONZALEZ | filed 01/17/07 | |
| 1:07-cv-00109-ESH-DAR | BEYAH v. WALKER | filed 01/17/07 | |
| 1:07-cv-00113-RJL | CAPITOL PAVING OF D.C., INC. v. DISTRICT OF COLUMBIA et al | filed 01/17/07 | |
| 1:07-cv-00114-JDB | WILLIAMS v. GONZALES et al | filed 01/17/07 | closed 01/31/07 |
| 1:07-cv-00116-PLF | KENNEY v. JOHNSON | filed 01/17/07 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:46:10 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/17/2007 Filed To: 1/17/2007 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cr-00012-ESH | USA v. NWOYE | filed 01/18/07 | |
| 1:07-cr-00012-ESH-1 | QUEEN NWOYE | filed 01/18/07 | |
| 1:07-cv-00115-EGS | SABBITHI et al v. AL SALEH et al | filed 01/18/07 | |
| 1:07-cv-00117-EGS | INTELSAT GLOBAL SALES AND MARKETING, LTD. v. UNIFI COMMUNICATIONS, INC. | filed 01/18/07 | closed 06/11/07 |
| 1:07-cv-00118-EGS | INTELSAT USA SALES CORPORATION v. 927665 ALBERTA, INC. | filed 01/18/07 | closed 06/11/07 |
| 1:07-cv-00119-JR | INTELSAT USA SALES CORPORATION v. SATCOM SYSTEMS, INC. | filed 01/18/07 | closed 11/14/07 |
| 1:07-cv-00120-CKK | SECURITIES AND EXCHANGE COMMISSION v. BELL et al | filed 01/18/07 | |
| 1:07-cv-00121-CKK | SECURITIES AND EXCHANGE COMMISSION v. VECCHIA | filed 01/18/07 | closed 01/18/07 |
| 1:07-cv-00122-ESH | ALSTON v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | filed 01/18/07 | |
| 1:07-cv-00123-ESH | HICKS v. ASSOCIATION OF AMERICAN MEDICAL COLLEGES et al | filed 01/18/07 | closed 05/31/07 |
| 1:07-cv-00124-JR | MILLER v. UNITED STATES OF AMERICA | filed 01/18/07 | closed 05/14/07 |
| 1:07-cv-00125-CKK | SECURITIES AND EXCHANGE COMMISSION v. RIGGIO | filed 01/18/07 | closed 01/23/07 |

| | | | |
|---|---|---|---|
| 1:07-cv-00126-CKK | SECURITIES AND EXCHANGE COMMISSION v. PENDERGHAST | filed 01/18/07 | closed 01/23/07 |
| 1:07-cv-00127-CKK | SECURITIES AND EXCHANGE COMMISSION v. LEBARRON | filed 01/18/07 | closed 01/23/07 |
| 1:07-cv-00128-CKK | SECURITIES AND EXCHANGE COMMISSION v. KING | filed 01/18/07 | closed 01/23/07 |
| 1:07-cv-00129-CKK | SECURITIES AND EXCHANGE COMMISSION v. JAKUBEK | filed 01/18/07 | closed 01/23/07 |
| 1:07-cv-00130-CKK | SECURITIES AND EXCHANGE COMMISSION v. CROWDER | filed 01/18/07 | closed 01/23/07 |
| 1:07-cv-00131-CKK | SECURITIES AND EXCHANGE COMMISSION v. CHILDERS | filed 01/18/07 | closed 01/23/07 |
| 1:07-cv-00132-CKK | SECURITIES AND EXCHANGE COMMISSION v. ALLEN | filed 01/18/07 | closed 01/23/07 |
| 1:07-cv-00133-GK | PORTER v. CENTRAL INTELLIGENCE AGENCY | filed 01/18/07 | |
| 1:07-cv-00134-RCL | VALENZUELA v. GONZALES et al | filed 01/18/07 | closed 03/08/07 |
| 1:07-cv-00144-RJL | DILORENZO v. NORTON et al | filed 01/18/07 | |
| 1:07-mc-00023-RMU | UNITED STATES MARSHALS SERVICE | filed 01/18/07 | closed 04/09/07 |
| 1:07-mj-00012-DAR | USA v. LAWSON | filed 01/18/07 | |
| 1:07-mj-00012-DAR-1 | RONALD JEROME LAWSON | filed 01/18/07 | |

| | | | |
|---|---|---|---|
| 1:07-mj-00013-DAR | USA v. JACKSON | filed 01/18/07 | closed 05/18/07 |
| 1:07-mj-00013-DAR-1 | SHELLETTE JACKSON | filed 01/18/07 | closed 05/18/07 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:46:55 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/18/2007 Filed To: 1/18/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cv-00135-JMF | ZAKIEWICZ v. BARNHART | filed 01/19/07 | closed 09/11/07 |
| 1:07-cv-00136-ESH | NATIONAL TREASURY EMPLOYEES UNION v. INTERNAL REVENUE SERVICE | filed 01/19/07 | closed 06/05/07 |
| 1:07-cv-00137-JR | NEWBILL v. WASHINGTON GAS LIGHT COMPANY | filed 01/19/07 | closed 04/18/07 |
| 1:07-cv-00138-RMU | JACKSON et al v. GOVERNMENT OF THE DISTRICT OF COLUMBIA | filed 01/19/07 | |
| 1:07-cv-00139-RMU | SHELTON v. UNITED STATES OF AMERICA | filed 01/19/07 | |
| 1:07-cv-00140-JDB | DURRANI et al v. CHERTOFF et al | filed 01/19/07 | closed 04/20/07 |
| 1:07-cv-00141-RWR | RESNICK v. OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION OF THE UNITED STATES AND CANADA | filed 01/19/07 | closed 08/31/07 |
| 1:07-cv-00142-RBW | OCEANA INC v. GUTIERREZ et al | filed 01/19/07 | closed 07/26/07 |
| 1:07-cv-00143-RBW | IN RE: SUNRISE SENIOR LIVING, INC. | filed 01/19/07 | |
| 1:07-cv-00162- | ROSALES et al v. UNITED STATES OF AMERICA | filed 01/19/07 | closed 03/19/07 |

RMC et al

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:47:28 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/19/2007 Filed To: 1/19/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cv-00145-UNA | MUHAMMAD v. MARITZA, et al | filed 01/22/07 | closed 01/22/07 |
| 1:07-cv-00146-UNA | MUHAMMAD v. MARITZA | filed 01/22/07 | closed 01/22/07 |
| 1:07-cv-00147-UNA | COTNER v. UNKNOWN U. S. GOVERNMENT EMPLOYEES et al | filed 01/22/07 | closed 01/22/07 |
| 1:07-cv-00148-JDB | ROPER v. CAULFIELD et al | filed 01/22/07 | closed 07/19/07 |
| 1:07-cv-00149-EGS | MILLER v. SMITH | filed 01/22/07 | closed 06/01/07 |
| 1:07-cv-00150-UNA | HURT v. KESSLER | filed 01/22/07 | closed 01/22/07 |
| 1:07-cv-00151-RWR | NAVAJO HEALTH FOUNDATION v. LEAVITT et al | filed 01/22/07 | |
| 1:07-cv-00152-JDB | HALLORAN v. ELI LILLY AND COMPANY | filed 01/22/07 | closed 04/27/07 |
| 1:07-cv-00153-RWR-DAR | ROBINSON et al v. ELI LILLY AND COMPANY | filed 01/22/07 | |
| 1:07-cv-00154-UNA | HAMMAN v. CRIMINAL JUSTICE COMMISSION OF OREGON et al | filed 01/22/07 | closed 01/22/07 |
| 1:07-cv-00155-RBW | CONKLIN v. UNITED STATES BUREAU OF PRISONS | filed 01/22/07 | |
| 1:07-cv-00156-CKK-AK | GRAVES v. DISTRICT OF COLUMBIA | filed 01/22/07 | |

| | | | |
|---|---|---|---|
| 1:07-cv-00159-RMC | PEREZ v. GONZALES et al | filed 01/22/07 | closed 02/12/07 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:47:56 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/22/2007 Filed To: 1/22/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cv-00160-UNA | KIDD v. DISTRICT OF COLUMBIA et al | filed 01/23/07 | closed 01/23/07 |
| 1:07-cv-00161-CKK | HODES v. UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | filed 01/23/07 | |
| 1:07-cv-00163-RJL | ALLEN et al v. GOVERNMENT OF THE DISTRICT OF COLUMBIA | filed 01/23/07 | closed 06/19/07 |
| 1:07-cv-00164-PLF | BOURBEAU et al v. JONATHAN WOODNER COMPANY | filed 01/23/07 | |
| 1:07-cv-00165-RBW | AGROCOMPLECT, AD v. REPUBLIC OF IRAQ | filed 01/23/07 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:48:25 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/23/2007 Filed To: 1/23/2007 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cv-00158-EGS | GRIGSBY v. THOMAS | filed 01/24/07 | closed 06/04/07 |
| 1:07-cv-00166-RMC | KHAN v. NOVAK et al | filed 01/24/07 | closed 05/15/07 |
| 1:07-cv-00167-PLF | AHMED v. PAKISTAN INTERNATIONAL AIRLINES CORPORATION | filed 01/24/07 | closed 02/13/07 |
| 1:07-cv-00168-RWR | NATIONAL TREASURY EMPLOYEES UNION v. SPRINGER | filed 01/24/07 | |
| 1:07-cv-00169-DAR | ECKLEY v. KAISER PERMANENTE INSURANCE COMPANY | filed 01/24/07 | |
| 1:07-cv-00170-RBW | ARRINGTON v. RAMSEY et al | filed 01/24/07 | |
| 1:07-cv-00171-CKK | CORNERSTONE RESEARCH, INC. v. APPFORGE, INC. | filed 01/24/07 | |
| 1:07-cv-00172-RCL | MORGAN et al v. GOVERNMENT OF THE DISTRICT OF COLUMBIA et al | filed 01/24/07 | |
| 1:07-cv-00173-CKK | UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, INTERNATIONAL UNION v. CHAO et al | filed 01/24/07 | |
| 1:07-cv-00176-JR | DANIELS v. UNITED STATES OF AMERICA et al | filed 01/24/07 | closed 02/26/07 |
| 1:07-mc-00034-RWR | UNITED STATES OF AMERICA et al v. BALL | filed 01/24/07 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:48:55 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/24/2007 Filed To: 1/24/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cr-00016-RMU | USA v. LINDSAY | filed 01/25/07 | |
| 1:07-cr-00016-RMU-1 | JEFFREY R. LINDSAY | filed 01/25/07 | |
| 1:07-cr-00017-JDB | USA v. VASQUEZ | filed 01/25/07 | |
| 1:07-cr-00017-JDB-1 | FERNANDO ROSELES VASQUEZ | filed 01/25/07 | |
| 1:07-cv-00175-RBW | UNITED STATES OF AMERICA v. $14,860.00 IN UNITED STATES CURRENCY | filed 01/25/07 | closed 10/19/07 |
| 1:07-cv-00179-RMU-AK | VALE v. ELI LILLY AND COMPANY et al | filed 01/25/07 | |
| 1:07-cv-00181-EGS | DOAN v. EGGLESTON et al | filed 01/25/07 | closed 05/21/07 |
| 1:07-cv-00183-RMC | FLYNN et al v. ACCENT MASONRY LLC | filed 01/25/07 | |
| 1:07-cv-00184-RMC | FLYNN et al v. SHOUN-ALLEN MASONRY INC | filed 01/25/07 | closed 10/10/07 |
| 1:07-mc-00035-RCL | LONG v. TRIAD HOSPITALS INC. et al | filed 01/25/07 | |
| 1:07-mc-00036-PLF | CURTIS et al v. CORRECTIONAL MEDICAL SERVICES | filed 01/25/07 | closed 05/01/07 |
| 1:07-mj-00015-DAR | USA v. 201 58TH STREET, N.E. APARTMENT #156 | filed 01/25/07 | |
| 1:07-mj-00015-DAR-1 | 201 58TH STREET, N.E. APARTMENT #156 | filed 01/25/07 | |

| | | |
|---|---|---|
| 1:07-pt-00347-TFH | USA v. FRIERSON | filed 01/25/07 |
| 1:07-pt-00347-TFH-1 | ELDON DUANE FRIERSON | filed 01/25/07 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/27/2007 09:49:25 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/25/2007 Filed To: 1/25/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cr-00019-RJL | USA v. DORSEY | filed 01/26/07 | |
| 1:07-cr-00019-RJL-1 | KERMIT L. DORSEY | filed 01/26/07 | |
| 1:07-cv-00177-ESH | DICKERSON v. HERITAGE CARE, INC. | filed 01/26/07 | closed 03/15/07 |
| 1:07-cv-00178-RMC | AMERICAN POSTAL WORKERS UNION, AFL-CIO v. UNITED STATES POSTAL SERVICE | filed 01/26/07 | closed 10/05/07 |
| 1:07-cv-00180-ESH | TRIMMING v. BRYEN | filed 01/26/07 | closed 01/31/07 |
| 1:07-cv-00182-EGS-AK | GREENHOUSE v. HARVEY et al | filed 01/26/07 | |
| 1:07-cv-00185-GK | DUNCAN v. UNITED STATES OF AMERICA | filed 01/26/07 | closed 02/15/07 |
| 1:07-mj-00016-DAR | USA v. 6620 BLAIR ROAD NORTHWEST WASHINGTON, D.C. | filed 01/26/07 | |
| 1:07-mj-00016-DAR-1 | 6620 BLAIR ROAD NORTHWEST WASHINGTON, D.C. | filed 01/26/07 | |
| 1:07-mj-00017-DAR | USA v. FEDERICI | filed 01/26/07 | |
| 1:07-mj-00017-DAR-1 | ITALIA FEDERICI | filed 01/26/07 | |

**PACER Service Center**

**Transaction Receipt**

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cr-00020-JDB | USA v. HOOVER | filed 01/29/07 | |
| 1:07-cr-00020-JDB-1 | MICHAEL HOOVER | filed 01/29/07 | |
| 1:07-cr-00021-JDB | USA v. BAGGETT | filed 01/29/07 | |
| 1:07-cr-00021-JDB-1 | JOHN BAGGETT | filed 01/29/07 | |
| 1:07-cr-00022-RJL | USA v. DIFAZIO | filed 01/29/07 | |
| 1:07-cr-00022-RJL-1 | JOHN E. DIFAZIO | filed 01/29/07 | |
| 1:07-cr-00023-RCL | USA v. LONG | filed 01/29/07 | |
| 1:07-cr-00023-RCL-1 | ADAM LONG | filed 01/29/07 | |
| 1:07-cv-00186-RWR | S.S. et al v. DISTRICT OF COLUMBIA et al | filed 01/29/07 | closed 07/30/07 |
| 1:07-cv-00187-RMC | PATEL v. NICHOLSON | filed 01/29/07 | |
| 1:07-cv-00188-RMU | MDL 926 SETTLEMENT FUND v. JOSADE SERVICES, INC | filed 01/29/07 | closed 02/28/07 |
| 1:07-cv-00189-RMC | MOORE-EDWARDS v. ALBERT | filed 01/29/07 | closed 04/19/07 |
| 1:07-cv-00190-RCL | MARANDOLA v. MCMAHON | filed 01/29/07 | |

| | | | |
|---|---|---|---|
| 1:07-cv-00191-RMU | NOVELTY, INC. v. TANDY et al | filed 01/29/07 | |
| 1:07-cv-00192-RMU | BURTON et al v. UNITED STATES GOVERNMENT | filed 01/29/07 | closed 05/18/07 |
| 1:07-cv-00193-RCL-DAR | PACIFIC INDEMNITY COMPANY v. MAYTAG CORPORATION et al | filed 01/29/07 | |
| 1:07-cv-00195-RMC | HOBLEY v. KFC U.S. PROPERTIES, INC. | filed 01/29/07 | closed 02/12/07 |
| 1:07-cv-00224-RMC | CAMP v. GONZALES et al | filed 01/29/07 | closed 03/06/07 |
| 1:07-mc-00043-PLF | UNITED STATES OF AMERICA v. LEGGETT | filed 01/29/07 | closed 01/31/07 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:50:29 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/29/2007 Filed To: 1/29/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cv-00194-RJL | DEFENDERS OF WILDLIFE et al v. KIMBELL et al | filed 01/30/07 | closed 04/16/07 |
| 1:07-cv-00196-PLF | DUBOSE v. VERIZON | filed 01/30/07 | |
| 1:07-cv-00197-RCL | STEWART v. UNITED STATES PAROLE COMMISSION | filed 01/30/07 | closed 07/23/07 |
| 1:07-cv-00198-RMC | SIMS v. CATHOLIC CHARITIES et al | filed 01/30/07 | closed 09/07/07 |
| 1:07-cv-00199-JR | CURRY v. GONZALES et al | filed 01/30/07 | closed 11/06/07 |
| 1:07-cv-00200-EGS | DAVIS v. DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS et al | filed 01/30/07 | |
| 1:07-cv-00201-RMC | DAVIS v. FEDERAL BUREAU OF PRISONS et al | filed 01/30/07 | closed 10/23/07 |
| 1:07-cv-00202-JDB | ELLIOTT v. UNITED STATES DEPARTMENT OF AGRICULTURE | filed 01/30/07 | closed 08/24/07 |
| 1:07-cv-00203-RWR | JACKSON v. FEDERAL BUREAU OF PRISONS et al | filed 01/30/07 | |
| 1:07-cv-00204-JDB | ELLIOTT v. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION | filed 01/30/07 | closed 10/30/07 |
| 1:07-cv-00205-JDB | ELLIOTT v. UNITED STATES DEPARTMENT OF JUSTICE | filed 01/30/07 | closed 10/30/07 |
| 1:07-cv-00206-ESH | METCALF v. FEDERAL BUREAU OF PRISONS et al | filed 01/30/07 | |

| | | | |
|---|---|---|---|
| 1:07-cv-00207-RJL | BANKS v. BARNHART | filed 01/30/07 | |
| 1:07-cv-00208-RCL | SPEIGHT v. FEDERAL BUREAU OF PRISONS | filed 01/30/07 | |
| 1:07-mc-00044-JR | UNITED STATES OF AMERICA | filed 01/30/07 | closed 04/13/07 |
| 1:07-mj-00018-DAR | USA v. MARTIN | filed 01/30/07 | |
| 1:07-mj-00018-DAR-1 | LOUIS HENRY MARTIN | filed 01/30/07 | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:51:06 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/30/2007 Filed To: 1/30/2007 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

# Select A Case

| | | | |
|---|---|---|---|
| 1:07-cv-00209-RCL | AMERICAN NATIONAL RED CROSS v. VINTON ROOFING COMPANY, INC. | filed 01/31/07 | |
| 1:07-cv-00210-UNA | JIHAD v. GONZALES | filed 01/31/07 | closed 01/31/07 |
| 1:07-cv-00211-UNA | DOYE v. GONZALES | filed 01/31/07 | closed 01/31/07 |
| 1:07-cv-00212-UNA | HUBBARD v. STATE OF MISSOURI et al | filed 01/31/07 | closed 01/31/07 |
| 1:07-cv-00213-RWR | I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN et al v. SPAULDING ELECTRIC COMPANY INC. | filed 01/31/07 | closed 04/26/07 |
| 1:07-cv-00214-RWR | NATIONAL IAM BENEFIT TRUST FUND, et al. v. SPAULDING ELECTRIC COMPANY INC. | filed 01/31/07 | closed 04/26/07 |
| 1:07-cv-00215-JR | I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN et al v. PORT HURON ELECTRIC MOTORS | filed 01/31/07 | closed 05/09/07 |
| 1:07-cv-00216-EGS | ELECTRONIC FRONTIER FOUNDATION v. DEPARTMENT OF DEFENSE | filed 01/31/07 | closed 06/04/07 |
| 1:07-cv-00217-TFH | WILLIAMS v. UNITED STATES OF AMERICA | filed 01/31/07 | |
| 1:07-cv-00218- | WILLIAMS v. UNITED STATES OF AMERICA | filed 01/31/07 | |

| | | | |
|---|---|---|---|
| TFH | | | |
| 1:07-cv-00219-TFH | WILLIAMS v. UNITED STATES OF AMERICA | filed 01/31/07 | |
| 1:07-cv-00220-JDB | CARTER v. UNIVERSAL MUSIC GROUP, INC. et al | filed 01/31/07 | closed 04/04/07 |
| 1:07-cv-00221-RMC | EQUAL RIGHTS CENTER et al v. DISTRICT OF COLUMBIA | filed 01/31/07 | |
| 1:07-cv-00222-JR | MAJEED et al v. STATE OF NORTH CAROLINA et al | filed 01/31/07 | closed 05/14/07 |
| 1:07-cv-00223-RWR | DUVALL v. BUMBRAY et al | filed 01/31/07 | |
| 1:07-cv-00225-JDB | TEST v. GONZALES | filed 01/31/07 | |
| 1:07-cv-00226-RJL | NEVAREZ v. GONZALES et al | filed 01/31/07 | closed 02/16/07 |
| 1:07-cv-00227-RBW | MOLNER v. KLAASSEN et al | filed 01/31/07 | |
| 1:07-cv-00228-RCL | BARILE v. ASTRAZENECA PHARMACEUTICALS L.P. et al | filed 01/31/07 | closed 06/20/07 |
| 1:07-cv-00229-PLF | BENARD v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 06/25/07 |

| | | | |
|---|---|---|---|
| 1:07-cv-00230-RWR | EDWARDS v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 06/26/07 |
| 1:07-cv-00231-PLF | FRIAR v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 06/25/07 |
| 1:07-cv-00232-RWR | GARRETT v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 06/26/07 |
| 1:07-cv-00233-JDB | GRIGSBY v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 07/23/07 |
| 1:07-cv-00234-CKK | HOGAN v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 06/22/07 |
| 1:07-cv-00235-RJL | MARTINEZ v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 06/20/07 |
| 1:07-cv-00236-RBW | MASTERSON v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 06/25/07 |
| 1:07-cv-00237-ESH | MATTHEWS v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 03/22/07 |
| 1:07-cv-00238-ESH | MYERS v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 03/22/07 |
| 1:07-cv-00239-RJL | OSTER v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 06/20/07 |
| 1:07-cv-00240-RJL | PROEST v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 06/20/07 |

| | | | |
|---|---|---|---|
| 1:07-cv-00241-RJL | ROBINSON v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 06/20/07 |
| 1:07-cv-00242-RWR | ROSENTHAL v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 06/26/07 |
| 1:07-cv-00243-PLF | ROY v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 06/19/07 |
| 1:07-cv-00244-RMU | SHOWS v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | |
| 1:07-cv-00245-JR | SWANN v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 07/23/07 |
| 1:07-cv-00246-ESH | THROWER v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 03/22/07 |
| 1:07-cv-00247-RJL | VANNOY v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 06/20/07 |
| 1:07-cv-00248-PLF | WILLIAMS v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 06/19/07 |
| 1:07-cv-00249-RCL | WILLIAMS v. ASTRAZENECA PHARMACEUTICALS LP et al | filed 01/31/07 | closed 07/03/07 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/27/2007 09:51:32 | | | |
| **PACER Login:** | ks1121 | **Client Code:** | 777777 |
| **Description:** | Search | **Search Criteria:** | Filed From: 1/31/2007 Filed To: 1/31/2007 |
| | | | |