# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Harold Beynum**
**1216 Missouri Ave., NW**
**Apt 1**
**Washington, DC 20001**

**Plaintiff,**

**v.**

**J.A. Clay**
**Fifth District Station**
**1805 Bladensburg Rd., NE**
**Washington, DC 20002**
**and**

**D.C. Metropolitan Police Dept.**
**Fifth District Station**
**1805 Bladensburg Rd., NE**
**Washington, DC 20002**

**and**

**District of Columbia**
**Defendants.**

**Civil Action No.:** ____________

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2006 DEC 29 PM 5:53
NANCY M. MAYER-WHITTINGTON
CLERK

**NOTICE OF REMOVAL**

The D.C. Metropolitan Police Department and the District of Columbia, are defendants in the case Beynum v. J.A. Clay *et al.*, Civil Action No. 06-8267, now pending in the Superior Court of the District of Columbia. Pursuant to 28 U.S.C. §§1441 and 1446, these defendants remove the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiff's complaint present federal questions appropriate for this Court.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the Untied States District Court. The herein named defendants received a copy of the Summons and Complaint on or about December 8, 2006. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this day of December 2006, a copy of the foregoing Notice of Removal was mailed, postage prepaid to:

**Harold Beynum**
**1216 Missouri Ave., NW**
**Apt 1**
**Washington, DC 20001**

Lauren Pisano, Esq.
481 N. Frederick Avenue
#300
Gaithersburg, MD 20877

Leah Brownlee Taylor
Assistant Attorney General

# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**Janice P. Ruffin**
**7710 Klovstad Drive**
**Ft. Washington, D.C. 20744**

**Plaintiff,**

**v.**

**Department of Youth**
**Rehabilitation Services**
**Youth Services Center**
**1000 Mt. Olivet Road, N.E.**
**Washington, D.C. 20002**

**Vincent Schiraldi, Director**
**10000 Mt. Olivet Road, N.E.**
**Washington, D.C. 20002**

**David Brown, Deputy Director,**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Mark Schindler, Chielf of Staff**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**LaVern Evans, Superintendent**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Dexter Dunbar, Deputy Superintendent**
**of Treatment**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**D.J. Thomas, Deputy Superintendent**
**of Operations**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Civil Action No.:** ____________

| | |
|---|---|
| **Fitzgerald Fant, Human Resources** | ) |
| **Manager** | ) |
| **/EEO Officer** | ) |
| **8300 Riverton Court** | ) |
| **Laurel, Maryland 20724** | ) |
| | ) |
| **Cathy Ohler, Human Resources Specialist** | ) |
| **Representative** | ) |
| **8300 Riverton Court** | ) |
| **Laurel, Maryland 20724** | ) |
| | ) |
| **Pili Robinson, Senior Consultant to the** | ) |
| **Department of Youth Rehabilitation** | ) |
| **The Missouri Youth Service Institute** | ) |
| **1906 Hayselton, Drive** | ) |
| **Jefferson City, MO 65109** | ) |
| **Defendants.** | ) |
| | ) |

**NOTICE OF REMOVAL**

The Department of Youth Rehabilitation Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas, Fitzgerald Fant, and Cathy Ohler are defendants in the case Janice Ruffin *v. District of Columbia, et al.,* Civil Action No. 06-8637, now pending in the Superior Court of the District of Columbia. Pursuant to 28 U.S.C. §§1441 and 1446, these defendants remove the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiff's complaint present federal questions appropriate for this Court.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the Untied States District Court. The herein named defendants received a copy

of the Summons and Complaint on or about December 11, 2006. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 442-9845; (202) 727-6295
Leticia.Valdes@dc.gov; leah.taylor@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December 2006, a copy of the foregoing Notice of Removal was mailed, postage prepaid to:

**Janice P. Ruffin**
**7710 Klovstad Drive**
**Ft. Washington, D.C. 20744**

**Andrew T. Wise, Esq.**
**Miller & Chevalier Chartered**
**655 15th Street, NW**
**Suite 900**
**Washington, Dc 2005**

Leticia L. Valdes
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**Monika Wilson-Greene,**
**17007 Village Drive West**
**Upper Marlboro, Maryland**
**Plaintiff,**

**v.**

**Department of Youth**
**Rehabilitation Services**
**Youth Services Center**
**1000 Mt. Olivet Road, N.E.**
**Washington, D.C. 20002**

**Vincent Schiraldi, Director**
**10000 Mt. Olivet Road, N.E.**
**Washington, D.C. 20002**

**David Brown, Deputy Director,**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Mark Schindler, Chielf of Staff**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**LaVern Evans, Superintendent**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Dexter Dunbar, Deputy Superintendent**
**of Treatment**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**D.J. Thomas, Deputy Superintendent**
**of Operations**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Civil Action No.:** ______________

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2007 DEC 27 PM 5: 52
NANCY M.
MAYER-WHITTINGTON
CLERK

**Cathy Ohler, Human Resources Specialist)**
**Representative )**
**8300 Riverton Court )**
**Laurel, Maryland 20724 )**
**)**
**Pili Robinson, Senior Consultant to the )**
**Department of Youth Rehabilitation )**
**The Missouri Youth Service Institute )**
**1906 Hayselton, Drive )**
**Jefferson City, MO 65109 )**
**Defendants. )**
**_______________________________ )**

## NOTICE OF REMOVAL

The Department of Youth Rehabilitation Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas, and Cathy Ohler are defendants in the case *Monika Wilson-Greene v. District of Columbia, et al.*, Civil Action No. 06-8420, now pending in the Superior Court of the District of Columbia. Pursuant to 28 U.S.C. §§1441 and 1446, these defendants remove the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiff's complaint present federal questions appropriate for this Court.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the Untied States District Court. The herein named defendants received a copy of the Summons and Complaint on or about December 13, 2006. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/ Leticia L. Valdes
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 442-9845; (202) 727-6295
Leticia.Valdes@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December 2006, a copy of the foregoing Notice of Removal was mailed, postage prepaid to:

**Monika Wilson-Greene,**
**17007 Village Drive West**
**Upper Marlboro, Maryland**

**Andrew T. Wise, Esq.**
**Miller & Chevalier Chartered**
**655 15th Street, NW**
**Suite 900**
**Washington, Dc 2005**

Leticia L. Valdes
Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Linda Cruz-Packer**
**4800 Megan Drive**
**Clinton, Maryland 20735**

**Plaintiff,**

**v.**

**Department of Youth**
**Rehabilitation Services**
**Youth Services Center**
**1000 Mt. Olivet Road, N.E.**
**Washington, D.C. 20002**

**Vincent Schiraldi, Director**
**1000 Mt. Olivet Road, N.E.**
**Washington, D.C. 20002**

**David Brown, Deputy Director,**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Mark Schindler, Chief of Staff**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**LaVern Evans, Superintendent**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Pili Robinson, Senior Consultant to the**
**Department of Youth Rehabilitation**
**The Missouri Youth Service Institute**
**1906 Hayselton, Drive**
**Jefferson City, MO 65109**

**Fitzgerald Fant, Human Resources**
**Manager**
**/EEO Officer**
**8300 Riverton Court**
**Laurel, Maryland 20724**

**Civil Action No.: _______________**

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA
2006 DEC 29 PM 5:51
NANCY M. MAYER-WHITTINGTON
CLERK

**D.J. Thomas, Deputy Superintendent )**
**of Operations )**
**8300 Riverton Court )**
**Laurel, Maryland 20724 )**

**Dexter Dunbar, Deputy Superintendent )**
**of Treatment )**
**8300 Riverton Court )**
**Laurel, Maryland 20724 )**
**)**
**)**
**Defendants. )**
**)**

## NOTICE OF REMOVAL

The Department of Youth Rehabilitation Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, Dexter Dunbar, D.J. Thomas and Fitzgerald Fant, are defendants in the case Linda Cruz-Packer *v. District of Columbia, et al.*, Civil Action No. 06-8419, now pending in the Superior Court of the District of Columbia. Pursuant to 28 U.S.C. §§1441 and 1446, these defendants remove the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiff's complaint present federal questions appropriate for this Court.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the Untied States District Court. The herein named defendants received a copy of the Summons and Complaint on or about December 4, 2006. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December 2006, a copy of the foregoing Notice of Removal was mailed, postage prepaid to:

**Linda Cruz-Packer**
**4800 Megan Drive**
**Clinton, Maryland 20735**

**Pili Robinson**
**Andrew T. Wise, Esq.**
**Miller & Chevalier Chartered**
**655 15th Street NW**
**Suite 900**
**Washington, DC 20005**

Leah Brownlee Taylor
Assistant Attorney General

RECEIVED
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

2005 DEC 27 AM 5:50

NANCY M. MAYER-WHITTINGTON
CLERK

**Henry Davis** )
**8001 Boundry Drive** )
**Forestville, Maryland 20747** )
)
**Plaintiff,** )
)
**v.** )
)
**Department of Youth** )
**Rehabilitation Services** )
**Youth Services Center** )
**1000 Mt. Olivet Road, N.E.** )
**Washington, D.C. 20002** )
)
**Vincent Schiraldi, Director** ) **Civil Action No.: ______________**
**10000 Mt. Olivet Road, N.E.** )
**Washington, D.C. 20002** )
)
**David Brown, Deputy Director,** )
**8300 Riverton Court** )
**Laurel, Maryland 20724** )
)
**Mark Schindler, Chief of Staff** )
**8300 Riverton Court** )
**Laurel, Maryland 20724** )
)
**LaVern Evans, Superintendent** )
**8300 Riverton Court** )
**Laurel, Maryland 20724** )
)
**D.J. Thomas, Deputy Superintendent** )
**of Operations** )
**8300 Riverton Court** )
**Laurel, Maryland 20724** )
)
**Cathy Ohler, Human Resources Specialist**)
**Representative** )
**8300 Riverton Court** )
**Laurel, Maryland 20724** )

**Pili Robinson, Senior Consultant to the )**
**Department of Youth Rehabilitation )**
**The Missouri Youth Service Institute )**
**1906 Hayselton, Drive )**
**Jefferson City, MO 65109 )**
**Defendants. )**
**)**

**NOTICE OF REMOVAL**

The Department of Youth Rehabilitation Services, Vincent Schiraldi, David Brown, Mark Schindler, LaVern Evans, D.J. Thomas, and Cathy Ohler are defendants in the case *Henry Davis v. Department of Youth Rehabilitation Services, et al.*, Civil Action No. 06-8581, now pending in the Superior Court of the District of Columbia. Pursuant to 28 U.S.C. §§1441 and 1446, these defendants remove the above action from the Superior Court of the District of Columbia to this Honorable Court because the claims raised in plaintiff's complaint present federal questions appropriate for this Court.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws of the United States" are removable without regard to the citizenship or residence of the parties. See 28 U.S.C. § 1441(b). Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint, through service or otherwise, to file its removal of an action to the Untied States District Court. The herein named defendants received a copy of the Summons and Complaint on or about December 4, 2006. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

/s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7 day of December 2006, a copy of the foregoing Notice of Removal was mailed, postage prepaid to:

**Henry Davis**
**8001 Boundry Drive**
**Forestville, Maryland 20747**

**Pili Robinson**
**Andrew T. Wise, Esq.**
**Miller & Chevalier Chartered**
**655 15th Street NW**
**Suite 900**
**Washington, DC 20005**

Leah Brownlee Taylor
Assistant Attorney General

# EXHIBIT E

FILED

DEC 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
DISTRICT OF COLUMBIA CIRCUIT

MONROE L. COLEMAN
Reg. No. #01723-016
USP Terre Haute
P.O. Box 12015
Terre Haute, IN 47801

Plaintiff,

vs.

HARLEY LAPPINS, Director
Bureau of Prisons
Dept. of Justice
320 First Street, N.W.
Washington, D.C. 20530

and

ELIZABETH HERMAN, Supervisor
Office of Bar Counsel
Building B, Room 228
409 "E" Street, N.W.
Washington, D.C. 2001

Defendant.

and

FREEDOM OF INFORMATION ACT OFFICE
950 Penn. Avenue, N.W.
Washington, D.C. 20001

Defendant.

CASE NUMBER 1:06CV02255

JUDGE: Rosemary M. Collyer

DECK TYPE: FOIA/Privacy Act

29

DATE STAMP: 12/[redacted]/2006

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

RECEIVED

DEC 11 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JURISDICTION

I Monroe L. Coleman, pro se, submits this action under the Freedom of Information Act, Title 5 U.S.C. §552, to order the defendants to produce certain records for inspection and copying, viz., Investigaating Report(s) submitted on or against former

Rev. 7/06
CO Hab Corp
AO 241 amd.

FILED

DEC 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY L. WILLS
NAME (Under which you were convicted)

DCDC # 219-128
PRISON NUMBER

D. C. JAIL
PLACE OF CONFINEMENT/ADDRESS
1901 D. St. S.E.
WASHINGTON, D.C. 20003

ANTHONY L. WILLS )
(Full Name) Petitioner )

v.

WARDEN WILLIAM J. SMITH )
(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner) )
Respondent )

CASE NUMBER 1:06CV02256

JUDGE: Richard J. Leon

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 12/[redacted]/2006 (29)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN CUSTODY IN THE DISTRICT OF COLUMBIA

## INSTRUCTIONS - PLEASE READ CAREFULLY

1. This petition must be legibly handwritten or typed, and signed by the petitioner. Any false statement of material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

3. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

4. Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court.

RECEIVED

DEC 1 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED

DEC 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: UNITED STATE DISTRICT COURT FOR THE DISTICT OF COLUMBIA

Dwight Harris
Arlington County Detention Facility
1435 North Courthouse Road
Arlington, Va. 22201

Vs

Alvin Goins Jr.
13401 Doncaster Lane
Sivler Spring, Md. 20904

CASE NUMBER 1:06CV02257

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Pro se General Civil

29

DATE STAMP: 12/[redacted]/2006

**Civil Complaint**

This civil complaint is solely against Mr. Alvin Goins Jr. for breach of promise in two matters, one the agreement to sale me the dwelling of 4923 New Hampshire Ave. N.W. Washington D.C. 20011 and/ or two, the refusal to pay me for my services in remodeling and restoring of the condemned dwelling at 4923 New Hampshire Ave. N.W. Washington, D.C. 20011, in the year of 2004.

My complaint is as follow to this most honorable court:

In the month of March of the year 2004, while renting a condo unit from Mr. Alvin Goins Jr. in S.E. Washington, D.C. I was asked by Ms. Lucy Price, my mother who manages a number of housing projects for Mr. Alvin Goins Jr. if I would be interested in restoring the condemned property that Mr. Alvin Goins Jr. owned at 4923 New Hampshire Ave. N.W. Washington, D.C. The property was listed condemned by the Housing and Fire Department Authorities of the District of Columbia, because of a electrical fire that took place inside the property.

RECEIVED

NOV 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARVEY R. HARLEY #185-026
DC Jail
1901 D St. S.E.
Washington, DC 20003
PETITIONER

U.S. PAROLE COMMISSION
RESPONDANT

CASE NUMBER 1:06CV02258

JUDGE: Ricardo M. Urbina

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 12/[redacted]/2006 (handwritten above: 29)

## "EMERGENCY WRIT OF HEBEAS CORPUS"

COMES NOW PETITIONER, HARVEY R. HARLEY, PRO-SE, REQUESTING THIS HONORABLE COURT TO VACATE/DISMISS THE PAROLE VIOLATOR WARRANT ISSUED BY THE U.S. PAROLE COMMISSION, DATED MAY 15, 2006, TO DISMISS/VACATE THE RESULTS OF THE ILLEGAL "PROBABLE CAUSE HEARING" HELD JULY 28, 2006, AND TO VACATE/DISMISS THE RESULTS OF THE ILLEGAL "PAROLE REVOCATION HEARING" HELD ON SEPTEMBER 14, 2006, AS BOTH HEARINGS WERE DONE IN VIOLATION OF PETITIONERS CONSTITUTIONAL RIGHT OF DUE PROCESS OF THE LAW, AS MANDATED BY STATUTORY LAW AT 28 C.F.R. 2.101(A). PETITIONER REQUEST THIS HONORABLE COURT TO VACATE THE WARRANT, AND ORDER

RECEIVED
OCT 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FILED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
IN WASHINGTON D.C.

IVAN COMEDORE STAMPS, Plaintiff #68133
Secured Party
Acc. Unit C
POB 300
Canon City, CO 81215

SECRETARY OF TREASURY, Defendant
1500 Pennsylvania NW.
Washington D.C. 20220

CASE NUMBER 1:06CV02259

JUDGE: Unassigned

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 12/[redacted]/2006 29

---

## PETITION FOR WRIT OF ALTERNATIVE MANDAMUS

---

Ivan Comedore stamps the Principal for Debtor: IVAN COMEDORE STAMPS, plaintiff humbly petitions this Court for the issuance of a Writ of Alternative Mandamus to be issued in this first application for relief, instructing the Department of Treasury to perform their duty in execution of a Payment Order or show cause for non-performance of duty without issuance of notice of rejection of Payment Order or Notice of dishonor pursuant to the Uniform Commercial Code, or other provisions.

## JURISDICTION

The U.S. District Court located in Washington D.C. has jurisdiction to issue Writ of Mandamus to federal agencies located in Washington D.C. pursuant to 28 USC § 1361 and the 5th Amendment.

## STATEMENT OF CASE

The Plaintiff has a security interest, entitlement rights and Control of account(s) in the possession fo the Secretary of Treasury established through numerous correspondences (see exhibit 2) with the Secretary of Treasury. The Security Interest and Entitlement Rights were established via UCC-1 Financing statement no. 2005212-

RECEIVED
NOV 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# EXHIBIT F

**Applegate, Alexis**

**From:** Applegate, Alexis
**Sent:** Friday, December 29, 2006 12:41 PM
**To:** Austin, Bill
**Subject:** RE: The Tribal Trust Case Filings

We haven't completed them yet

---

**From:** Austin, Bill
**Sent:** Friday, December 29, 2006 11:43 AM
**To:** Applegate, Alexis
**Subject:** The Tribal Trust Case Filings

Alexis--If you've not yet departed for Jekyll Island and the weekend of celebration and merriment to be hosted by Vance, would it be possible for you to e-mail me the complaints filed on Thursday in the district court and the court of federal claims?

And please convey my best wishes to Vance--tell him he's greatly missed.

Bill A.