# DEFENDANT'S

# EXHIBIT

# A

**Larsen, Kevin (ENRD)**

**From:** Lauren_Weeman@ao.uscourts.gov
**Sent:** Monday, December 10, 2007 2:53 PM
**To:** Larsen, Kevin (ENRD); CMunson@kilpatrickstockton.com; kharper@kilpatrickstockton.com
**Subject:** Salt River 60-943: Additional Hearing - Clarification

All -

To clarify, the Judge intends to take judicial notice of the filing procedure that is followed by the Court of Federal Claims' clerk's office. As such, the Judge plans to have the Court's Deputy Clerk, Ms. Lisa Reyes, testify on the record. The Judge will ask Ms. Reyes specific questions about the Court's filing procedure. The questions will be general in nature and not focus specifically on the procedures that may have been followed on December 29, 2006. The Judge intends to ask Ms. Reyes about the sequencing, if any, of the number that appears on the receipt that is issued once the filing fee has been paid as well as the sequencing, if any, of the assignment of docket numbers.

After the Judge has completed his line of questioning, both parties will have an opportunity to question Ms. Reyes in turn and to voice any objections to her testimony.

Please let me know when you are available on Tuesday (12/11) and/or Wednesday (12/12) to attend this hearing. The Court would prefer to start at 10 am, but can begin at 11 am, 12 pm or 1 pm on either day.

Thank you,

Lauren

---

Lauren A. Weeman
Law Clerk to the Honorable Lawrence M. Baskir
United States Court of Federal Claims
(202) 357-6503
lauren_weeman@ao.uscourts.gov

# In the United States Court of Federal Claims

Case No. 06-943L
(Filed: December 11, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |
| **THE SALT RIVER PIMA MARICOPA INDIAN COMMUNITY,** | * |
| *Plaintiff,* | * |
| v. | * |
| **THE UNITED STATES OF AMERICA,** | * |
| *Defendant.* | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## ORDER

This Order confirms the **hearing** that is scheduled to take place before Judge Baskir at **10:00 a.m., on Wednesday, December 12, 2007.** The purpose of this hearing will be to enable the Court to take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of the filing procedures followed by the Office of the Clerk of the U.S. Court of Federal Claims. *See* Fed. R. Evid. 201. The Deputy Clerk of the Court, Ms. Lisa Reyes, will testify on the record.

The hearing will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for Plaintiff and Defendant shall appear in person.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge