# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: December 12, 2007)

| | |
|---|---|
| AK-CHIN INDIAN COMMUNITY, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Motion for Leave to File a Sur-Reply to Plaintiff's Reply to Defendant's Post-Evidentiary Hearing Brief (Motion). Based on the representations therein, and as presently advised, the court is inclined to GRANT the Motion, subject, however, to the ability of plaintiff to file a sur-sur-reply within a reasonable time after the filing of defendant's sur-reply.

Plaintiff shall, on or before Friday, December 14, 2007, respond to defendant's Motion and this Order.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge