# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: December 18, 2007)

AK-CHIN INDIAN COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Plaintiff's Opposition to Defendant's Motion for Leave to File a Surreply to Defendant's Post-Evidentiary Hearing Brief (Opposition or Opp.). Plaintiff opposes certain additional briefing sought by defendant because plaintiff contends there is no evidentiary matter in dispute. Opp. 2-5. The Opposition contains various argumentative statements of fact by counsel. See, e.g., Opp. 4 ("The purpose of the Status Conference was to give Judge Baskir the opportunity to . . . ."). The court does not perceive that plaintiff will be harmed by the court's permitting defendant an opportunity to address the types of matters already addressed by plaintiff in its Opposition. Nor does the court perceive–as plaintiff urges–that "defendants have tried numerous methods to delay these proceedings," Opp. 5, or that "no further delay is warranted, especially not on as specious a basis as defendants have trumped up this time." Id.

Both parties have sought and received various extensions of time to explore and brief issues relating to this court's jurisdiction as affected by 28 U.S.C. § 1500, an inquiry that it was within plaintiff's power to forestall altogether.

For the foregoing reasons, plaintiff's Opposition is unavailing. Defendant may file its sur-reply on or before January 4, 2008. Plaintiff may file a sur-sur-reply addressing matters raised in defendant's sur-reply on or before January 11, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge