# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: December 21, 2007)

AK-CHIN INDIAN COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the opinion issued on December 19, 2007 in Tohono O'odham v. United States, No. 06-944 L, the parties shall, on or before January 7, 2008, submit briefing that addresses the following questions:

1. What, if any, are the distinctions between the complaints at issue in Tohono O'odham and the complaints at issue here and do such distinctions support a legal analysis different from the court's analysis in Tohono O'odham?

2. Are any aspects of the court's legal analysis in Tohono O'odham inapplicable to this case? If so, please identify the inapplicable aspects of the legal analysis and explain why those aspects are inapplicable.

The parties shall submit their briefing on or before January 7, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge