# EXHIBIT
# A

**Applegate, Alexis**

**From:** Applegate, Alexis
**Sent:** Wednesday, January 03, 2007 5:21 PM
**To:** Harper, Keith
**Subject:** RE: Telephone Message

I don't think all of the notices have been sent yet... Can you forward me all of the e-notices that you got from the court and I will call in the morning. From the notices that Sandy could see on your email Ak-Chin got assigned to Hewitt, Passamaquoddy got assigned to Miller for ADR Pilot Proceeding (which I'm not sure what that means) and Bush for normal proceedings, TON was assigned to Allegra. My guess is that you have received more notices as the clerk went through all of the documents today... Just send them to me and we can get it figured out.

-----Original Message-----
From: Roy, Sandy
Sent: Wednesday, January 03, 2007 3:32 PM
To: Applegate, Alexis
Subject: FW: Telephone Message

Hi Alex - I am outta here at 4 today. Pls see para @ of K's email. I see stuff in his in-box

-----Original Message-----
From: Harper, Keith
Sent: Wednesday, January 03, 2007 3:30 PM
To: Roy, Sandy
Subject: Re: Telephone Message

Have we sent filed stamped copies of the complaint to all on the client tribes?

Can you check with Alexis if we have Judges assigned to our court of claims cases? Thanks. Also, can you check my in box, we received a whole slew of ECF material, do we have to respond to aany of that? Check with Alexis as well on that.

-----Original Message-----
From: Roy, Sandy
To: Harper, Keith
Sent: Wed Jan 03 15:25:43 2007
Subject: Telephone Message

Keith - if you feel like it, pls. call Kim Gottschalk at 303.447.8760. Told him you were attending meetings all day. I am leaving at 4 today.

<http://www.kilpatrickstockton.com/>

Sandra (Sandy) L. Roy
Assistant to Keith M. Harper and Justin M. Guilder Kilpatrick Stockton LLP Suite 900
607 14th Street, NW
Washington, DC 20005-2018
t 202 639 4705
f 202 508 5858

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or

attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 202 508 5800, and destroy the original transmission and its attachments without reading or saving in any manner.