IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE AK-CHIN INDIAN COMMUNITY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-0932L-ECH |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | **Electronically filed July 3, 2008** |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Pursuant to RCFC 83.1 (c )(5), please enter the appearance of Kevin E. Regan, replacing Laura M. L. Maroldy as attorney of record for Defendant, the United States of America, in the above-captioned case.

Service of all papers by U.S. Mail should be made on Defendant by service upon Mr. Regan in substitution for Ms. Maroldy using the following information:

Kevin E. Regan
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-3022
Facsimile: 202-353-2021
Email: kevin.regan@usdoj.gov

Overnight and hand-deliveries should be addressed to:

Kevin E. Regan

Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
601 D St., NW
Washington, D.C. 20004
Telephone: 202-305-3022
Facsimile: 202-353-2021
Email: kevin.regan@usdoj.gov

Respectfully submitted July 3, 2008.

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

*/s/ Kevin E. Regan*
KEVIN E. REGAN
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
601 D Street, NW
Washington, DC 20004
Tel: 202-305-3022
Fax: 202-353-2021
Email: kevin.regan@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

ELISABETH BRANDON
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July, 2008, a true and correct copy of the foregoing Notice of Appearance was filed and served via the Court's Electronic Filing System (ECF) upon the following counsel of record:

Keith Harper, Esquire
Kilpatrick Stockton, LLP
607 14th Street, N.W.
Washington, D.C. 20005

Attorneys for Plaintiff

E-mail address of record for service via ECF: kharper@kilpatrickstockton.com

Dated: July 3, 2008

*Kevin E. Regan*
Kevin E. Regan