# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: August 18, 2008)

AK-CHIN INDIAN COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court will hold a telephonic status conference (TSC) with the parties on Friday, August 22, 2008 at 10:00 AM EDT. The court's contract operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge