# In the United States Court of Federal Claims

No. 06-932 L

(E-Filed: August 22, 2008)

AK-CHIN INDIAN COMMUNITY,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Further to the telephonic status conference (TSC) with the parties held on August 22, 2008, the court orders the following.

The parties shall submit a joint status report (JSR) by 12:00 noon EDT on Thursday, October 16, 2008. A TSC shall be held on Friday, October 17, 2008 at 11:00 a.m. EDT. The parties shall report on the status of discovery. The report shall include the status of responses to interrogatories and requests for document production, now (after extensions granted by plaintiff to defendant) due on August 29, 2008. A schedule for further discovery and pre-trial activities will be established during the TSC.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge